*Dickey Gaines*
PLAINTIFF/PETITIONER/MOVANT'S NAME

~~PRISON NUMBER~~

~~PLACE OF CONFINEMENT~~

*858 Beyer Way, Apt. K-2*
ADDRESS
*San Diego, California 92154*
*619. 575. 1079*

FILED

2008 MAY 22 AM 9: 07

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ YULY _____ DEPUTY

**ORIGINAL**

# United States District Court
## Southern District Of California

*Dickey Gaines* _____,
                Plaintiff/Petitioner/Movant

                        v.

*Rodrigo Garcia, et al* _____,
                Defendant/Respondent

Civil No. **'08 CV 0907 DMS AJB**
_____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, *Dickey Gaines* _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☐ Yes ☒ No     (If "No" go to question 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution?          ☐ Yes  ☐ No

    Do you receive any payment from the institution?   ☐ Yes  ☐ No

    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                                          H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

_____

_____

_____

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *Last Employed on 10-29-2007. Made $14.79 per hour. Employer was Best Western Hacienda Hotel, 4041 Harney Street, San Diego, California 92110. I was paid on the 5th and 20th of each month. My check would be around $950.00 after deductions.*

3. In the past twelve months have you received any money from any of the following sources?:

    a. Business, profession or other self-employment   ☐ Yes ☒ No

    b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No

    c. Pensions, annuities or life insurance   ☐ Yes ☒ No

    d. Disability or workers compensation   ☐ Yes ☒ No

    e. Social Security, disability or other welfare   ☐ Yes ☒ No

    e. Gifts or inheritances   ☐ Yes ☒ No

    f. Spousal or child support   ☐ Yes ☒ No

    g. Any other sources   ☒ Yes ☐ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month *Receive Unemployment Benefit check of $588.00 every two weeks. However such benefits will expire at the end of this month.*

4. Do you have any checking account(s)?   ☐ Yes ☒ No

    a. Name(s) and address(es) of bank(s): _____

    b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No

    a. Name(s) and address(es) of bank(s): _____

    b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No

    a. Make: _____ Year: _____ Model: _____

    b. Is it financed? ☐ Yes ☐ No

    c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes   ☒ No
   If "Yes" describe the property and state its value._____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support _Gisela Roche, she is my fiancee and I contribute my unemployment benefit check to pay for rent and help with utilities._

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
   _I owe Progressive Management Services $155.62 for medical package._

   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):_____ _NONE_

   _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses._____

   _____

   _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_MAY 20, 2008_
_____
DATE

_Dickey Dainty_
_____
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirement.</u>

---

## PRISON CERTIFICATE
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant _____*Not Applicable*_____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution.  I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $ _____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT</u>
<u>STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD</u>
<u>IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

| | |
|---|---|
| _____ | _____ |
| DATE | SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION |

*Not Applicable*

_____
OFFICER'S FULL NAME (PRINTED)

_____
OFFICER'S TITLE/RANK

*Not Applicable*

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____, request and authorize the agency holding me in
    (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a

certified copy of the statement for the past six months of my trust fund account (or institutional equivalent)

activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my

trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to

this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-

10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California,

and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which

I am obligated is either □ $350 (civil complaint) or □ $5 (habeas corpus petition) (check one). I also

understand that this fee will be debited from my account regardless of the outcome of this action. This

authorization shall apply to any other agency into whose custody I may be transferred.

_____         _____
            DATE                                               SIGNATURE OF PRISONER

*Not Applicable*

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _San Diego_

On _5/17/08_ before me, _James S Ameral Notary_,
      Date                                        Here Insert Name and Title of the Officer

personally appeared _Dickey Gaines_
      _Dickey Gaines_
                                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                        Signature of Notary Public

**JAMES STEVEN AMERAL**
**Commission # 1647262**
**Notary Public - California**
**San Diego County**
**My Comm. Expires Feb 24, 2010**

Place Notary Seal Above

─────────────── OPTIONAL ───────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _Affidavit_

Document Date: _5/17/0V_ _____ Number of Pages: _3_

Signer(s) Other Than Named Above: _none_

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _Dickey Gaines_
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _Self_

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

CITY OF SAN DIEGO       )
COUNTY OF SAN DIEGO ) SS
STATE OF CALIFORNIA  )


**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO
PROCEED IN FORMA PAUPERIS**

I, Dickey Gaines, swear under penalty of perjury and furnishes this affidavit attesting to my financial situation in accordance with Civil Rule 3.2 of this court's local rules.


1. Your affiant is current unemployed and has been since October 31, 2007.

2. Your affiant's last date of employment was October 31, 2007, in which, your affiant worked at the Best Western Hacienda Hotel, 4041 Harney Street, San Diego, California 92110 and was paid a wage of $14.79 per hour. Your affiant's former place of employment and its parent company are the defendants in this civil action.


3. Your affiant's only source of income for the last seven months has been an unemployment benefit check which amounted to issuance of a $455.00 check twice monthly. Importantly, your affiant only have $294.00 remaining on his unemployment claim. See, Exhibit A - Attached Hereto


4. Since November of 2007, your affiant peruse the Help Wanted Section of the San Diego Union Tribune on a daily basis and other publications, such as, the San Diego Reader, faxing his resume with hopes of securing gainful employment. Consequently, at this juncture, your affiant has been unable to secure employment, but continues to try.

-1 of 3-

CITY OF SAN DIEGO        )
COUNTY OF SAN DIEGO )SS
STATE OF CALIFORNIA  )

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

5. Your affiant does not own any banking (savings or checking, retirement, business, certificate of deposit) accounts.

6. Your affiant is a renter and does not own any property.

7. Your affiant does not own any stocks, bonds, notes, securities, jewelry, automobile or other valuable assets.

8. Your affiant does not receive money from life insurance payment, annuities, pensions, dividends, interest or inheritances.

9. Your affiant does not receive money from businesses or professions and is not self-employed.

10. Gisela Roche is the fiancee of the affiant and lives in the same one-bedroom apartment. She depends upon affiant to pay the monthly rent with his unemployment benefit check. Gisela Roche is unemployed, battling cancer and receives a monthly check from her ex-husband which is used to pay medical co-payments, prescriptions, food, utilities and other bills.

11. Your affiant believes that he have a meritorious cause of action against defendants for intentional racial discrimination amongst other legal claims.

CITY OF SAN DIEGO          )
COUNTY OF SAN DIEGO  ) SS
STATE OF CALIFORNIA    )


### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

**12. Your affiant believes that his <u>deadline</u> for filing this civil action against defendants is May 23, 2008.**

**13. Your affiant will be soon faced with the prospect of eviction, if he cannot find employment to sustain himself, the "final" unemployment benefit check will come this month.**

**14. Because of affiant's indigency, he cannot pay the initial costs of the proceeding or give security thereof. Your affiant believes that his federally protected rights have been infringed upon by the intentional unlawful conduct of the defendants, in which, affiant believes he is entitled to relief.**

The declarations of this affidavit are true and correct in fact and substance. this affidavit is executed under penalty of perjury and pursuant to Title 28 U. S. C. Section 1746.

**DATED: May 17, 2008**

Respectfully Submitted

/s/ Dickey Gaines

**Signature of Dickey Gaines**

**-3 of 3-**

27391    D. GAINES    05-03-08  $294.00
CLAIM EXPIRES    11-01-08

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $294.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.        DETACH THIS STUB FOR YOUR RECORD                    28755719

## CONTINUED CLAIM

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   11-04-07
D GAINES

ANSWER ALL QUESTIONS. SEE SECTION A. ON BACK FOR EXAMPLES
OF HOW TO COMPLETE YOUR ANSWERS. Each question is explained
in your booklet, A Guide to Benefits and Employment Services.

53185658740711040805100000010805LL   A A

1ST WEEK   Begins 05-04-08   Ends 05-10-08

COMPLETE AND MAIL THIS FORM ON   05-11-08

1. Were you too sick or injured to work? ...... YES ☐ NO ☐
   If yes, enter the number of days (1 through 7) you were unable to work. (1-7)
2. Was there any reason (other than sickness or injury) that you could not have accepted full time work each workday? ☐ ☐
3. Did you look for work? ☐ ☐
   ☐ <— IF MARKED 'X', YOU MUST COMPLETE SEC. B., WORK-SEARCH RECORD, ON REVERSE.
4. Did you refuse any work? ☐ ☐
5. Did you begin attending any kind of school or training? ☐ ☐
6. Did you work or earn any money, WHETHER YOU WERE PAID OR NOT? ☐ ☐
   (If yes, you MUST COMPLETE items a. and b. below)
   a. Enter earnings before deductions here $
   b. Report employment or 'source' of earnings information below:

| | DATE LAST WORKED | TOTAL HOURS WORKED | EMPLOYER NAME AND MAILING ADDRESS - INCLUDE ZIP CODE | REASON NO LONGER WORKING (OR WRITE "STILL WORKING") |
|---|---|---|---|---|
| 1ST WEEK | | | | |
| 2ND WEEK | | | | |

7. If you want federal income tax withheld for the week(s) shown above, mark this block ☐
8. If you had a change of mailing address or phone number, mark this block and complete Sec. D on reverse ☐

NORCAL AUTHORIZATION CENTER
PO BOX 989057
WEST SACRAMENTO CA  95798-9057

I understand the questions on this form. I know the law provides penalties if I make false statements or withhold facts to receive benefits; my answers are true and correct. I declare under penalty of perjury that I am a U.S. citizen or national; or an alien in satisfactory immigration status and permitted to work by USCIS. I signed this form after the latest date for which I am claiming benefits.

X
(your signature is required)

DE 4581-CKOC Rev. 5 (7-07) FLASH    CU-PA862

VERIFY THE AUTHENTICITY OF THIS TRI-COLOR SECURITY DOCUMENT    THIS IS A WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY

SOCAL AUTHORIZATION CENTER   U027391
PO BOX 19007
SAN BERNARDINO CA  92423-9007

PERIOD ENDING   U28755719

5874   05-03-08   827
DATE ISSUED

STATE OF CALIFORNIA
BILL LOCKYER, TREASURER

11-04-07 A   05-07-08
EMPLOYMENT DEVELOPMENT DEPARTMENT
VOID IF OVER $900, OR IF NOT CASHED WITHIN 1 YEAR FROM DATE ISSUED

PAY ONLY   588 00 CTS
$588.00**

PAY TO THE ORDER OF:   **FIVE HUNDRED EIGHTY EIGHT DOLLARS*********************

DICKEY E GAINES
858 BEYER WAY APT K2
SAN DIEGO CA  92154

DIRECTOR
UNEMPLOYMENT INSURANCE ACCOUNT


"Exhibit A"

⑈0827⑈ ⑆121113423⑆ 28755719⑈

THE BACK OF THIS DOCUMENT CONTAINS A SECURITY MARK    HOLD AT AN ANGLE TO VIEW