# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DICKEY GAINES,<br><br>                      Plaintiff,<br>   vs.<br><br>RODRIGO GARCIA, ET AL,<br><br>                      Defendant. | CASE NO. 08cv0907 DMS (AJB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff moves to proceed without prepayment of fees or security under 28 U.S.C. § 1915. Plaintiff's attached affidavit indicates Plaintiff is "unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Accordingly, the Court grants Plaintiff's application.

**IT IS SO ORDERED.**

DATED: June 17, 2008

HON. DANA M. SABRAW
United States District Judge

- 1 -

08CV0907