1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DICKEY GAINES | CASE NO. 08CV0907 DMS (AJB) |
| Plaintiff, | **ORDER DIRECTING SERVICE BY UNITED STATES MARSHAL** |
| vs. | |
| PACIFIC HOSPITALITY GROUP, INC. | |
| Defendants. | **[Docket No. 2]** |

Plaintiff, a nonprisoner proceeding pro se, has filed a complaint alleging employment discrimination. Plaintiff did not pay the $350 civil filing fee required to commence this action, but rather, filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). The Court granted leave to proceed *in forma pauperis* on June 17, 2008.

Any complaint filed pursuant to the IFP provisions of 28 U.S.C. § 1915(a) is subject to a mandatory and sua sponte review and dismissal by the Court, if it finds the Complaint is "frivolous, malicious, failing to state a claim upon which relief may be granted, or seeking monetary relief from a defendant immune from such relief." 28 U.S.C. § 1915(e)(2)(B); *Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to prisoners."). Here, however, the Court, having conducted its initial review of Plaintiff's Complaint, finds it sufficient to survive the screening provisions of § 1915(e)(2). Accordingly:

1. The United States Marshal shall serve a copy of the Complaint, summons and this Order, as well as the Order granting Plaintiff leave to proceed *in forma pauperis* (Doc. 3) upon Defendants as directed by Plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

2. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the Defendant or counsel of Defendant and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

**IT IS SO ORDERED.**

DATED: June 24, 2008

_____
HON. DANA M. SABRAW
United States District Judge