# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**PLAINTIFF**: Dickey Gaines
**COURT CASE NUMBER**: 08-CV-907-DMS-AJB

**DEFENDANT**: Best Western Hacienda Hotel
**TYPE OF PROCESS**: Complaint & Summons

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Best Western Hacienda Hotel

**ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code):
4041 Harney Street, San Diego, California 92110

FILED 2008 JUL 9 AM 9:11

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**:
Dickey Gaines
858 Beyer Way, Apt. K-2
San Diego, California 92154

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 10
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Service should be made on weekdays between 9:00 AM and 2:30 PM. Also, since Brian Hopkins is the Register Agent, service can be made at 11250 El Camino Real, Suite 100, San Diego, California 92130 which is the Pacific Hospitality Group, Inc. — parent company.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Dickey Gaines
**TELEPHONE NUMBER**: 619.575.1079
**DATE**: 6-30-2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than once USM 285 is submitted)
- Total Process: 1
- District of Origin No.: 08
- District to Serve No.: 08
- Signature of Authorized USMS Deputy or Clerk: [signature]
- Date: 7/1/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served** (if not shown above):
Robert C. Snow - Asst. Mgr.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Date of Service**: 7/8/08
**Time**: 9:15 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   **FORM USM-285 (Rev. 12/15/80)**