**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *Dickey Gaines* FILED | *08-CV-907-DMS-AJB* |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| *Luis Barrios*  2008 JUL -9 AM 9:14 | *Complaint & Summons* |

SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| SERVE ➤ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | *Luis Barrios* |

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*Best Western Hacienda Hotel - 4041 Harney Street, San Diego, California 92110*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
Dickey Gaines
858 Beyer Way, Apt. K-2
San Diego, California 92154
```

| | |
|---|---|
| Number of process to be served with this Form - 285 | *1* |
| Number of parties to be served in this case | *10* |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

*Service should be made on weekdays between 9:00am and 3:38pm. (619) 298-4707. Also service can be made at the corporate office, which is, Pacific Hospitality Group, Inc., 11250 El Camino Real, Suite 100, San Diego, California 92130. Brian Hakkins is the Registered Agent.*

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Dickey Gaines* | *619.575.1079* | *6-30-2008* |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. *98* | District to Serve No. *98* | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *1* | | | *Arnott* | *7/1/08* |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| *Luis Barrios, General Manager* | |
| Address *(complete only if different than shown above)* | Date of Service *7/8/08*  Time *9/5* am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. **CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|