**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | | |
|---|---|---|
| PLAINTIFF | Dickey Gaines | COURT CASE NUMBER: 08-CV-907-DMS-AJB |
| DEFENDANT | Brian Harkins | TYPE OF PROCESS: Complaint & Summons |

FILED
2008 JUL 10 AM 8:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brian Harkins
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Pacific Hospitality Group Inc., 11250 El Camino Real, Suite 100
San Diego, California 92130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Dickey Gaines
858 Beyer Way, Apt. K-2
San Diego, California 92154

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 10
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Service should be made on weekdays between 9:30am and 2:30pm.
(858) 481-2476. Notably Brian Harkins is the Registered Agent and a defendant.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Dickey Gaines
TELEPHONE NUMBER: 619.575.1079
DATE: 6-30-2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 98
District to Serve No.: 98
Signature of Authorized USMS Deputy or Clerk: AScott
Date: 7/1/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Brian Harkins CFO Pacific hosp. group
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 7/8/8
Time: 11:08 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dickey Gaines<br><br>vs<br><br>Pacific Hospitality Group Inc; Best Western Hacienda Hotel; Brian Harkins; Luis Barrions; Rodrigo Garcia; Robert Snee; Emy Eufracio; Fred Grand; William McWethy; John Does | **SUMMONS IN A CIVIL ACTION**<br>Case No.    08cv907-DMS-AJB |

TO: (Name and Address of Defendant)

*BRIAN HARKINS*
*PACIFIC HOSPITALITY GROUP, INC.*
*11250 EL CAMINO REAL, SUITE 100*
*SAN DIEGO, CALIFORNIA 92130*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

> Dickey Gaines
> 858 Beyer Way
> Apt. K-2
> San Diego, CA 92154
> (619) 575-1079

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | June 24, 2008 |
| Clerk of Court | DATE |
| *[signature]* | |
| By, Deputy Clerk | |

AO 440 (Rev 5/85) Summons in a Civil Action