1  William T. Earley, State Bar No. 144877
   Liseanne R. Kelly, State Bar No. 211782
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Pacific Hospitality Group, Inc., Brian Harkins, Luis Barrios, Rodrigo Garcia, Robert
   Snee, Emy Eufracio, Greg Brownen, Fred Grand, and William McWethy
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                          SAN DIEGO DIVISION

11  DICKEY GAINES,                          Case No. 08 CV 00907 DMS AJB

12        Plaintiff,                        **DEFENDANT LUIS BARRIOS' ANSWER
                                            TO PLAINTIFF'S CIVIL COMPLAINT
13  v.                                      AND JURY DEMAND**

14  PACIFIC HOSPITALITY GROUP INC.,         Complaint Filed:      May 22, 2008
    BEST WESTERN HACIENDA HOTEL,
15  BRIAN HARKINS, LUIS BARRIOS,
    RODRIGO GARCIA, ROBERT SNEE, EMY
16  EUFRACIO, GREG BROWNEN, FRED
    GRAND, WILLIAM McWETHY, JOHN
17  DOES,

18        Defendants.

19

20        Defendant Luis Barrios ("Defendant"), hereby responds to plaintiff's Civil Complaint and Jury

21  Demand filed in the United States District Court, Southern District of California, San Diego Division.

22        1.      Answering the allegations of paragraph 1, Defendant is informed and believes that this

23  is an accurate description of the nature of plaintiff's lawsuit.

24        2.      Answering the allegations of paragraph 2, Defendant is informed and believes that the

25  Court has jurisdiction and venue is proper.

26        3.      Answering the allegations of paragraph 3, Defendant admits that plaintiff was

27  employed as a Landscaper in the Landscaping Department at the Best Western Hacienda Hotel, 4041

28  Harney Street, San Diego, California 92110, and that plaintiff acted as a crew leader in Landscaping.

Defendant denies that plaintiff was driven from his employment.  As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis denies the remaining allegations therein.

4.     Answering the allegations of paragraph 4, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

5.     Answering the allegations of paragraph 5, Defendant admits that Best Western Hacienda Hotel is located at 4041 Harney Street, San Diego, California 92110 and that the hotel is managed by Defendant.  Except as expressly admitted, Defendant denies the remaining factual allegations in paragraph 5.

6.     Answering the allegations of paragraph 6, Defendant admits that Brian Harkins is a white male and is the CFO for Pacific Hospitality Group.  As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

7.     Answering the allegations of paragraph 7, Defendant admits that he is Hispanic. Defendant further admits that he is the General Manager of the hotel and responsible for the overall day-to-day operations of the hotel.  Defendant denies the remaining allegations.

8.     Answering the allegations of paragraph 8, Defendant admits that Mr. Garcia is Hispanic and is the Director of Landscaping.  Defendant lacks knowledge or information sufficient to admit or deny the remaining allegations, and on that basis, Defendant denies each and every remaining factual allegation of the paragraph.

9.     Answering the allegations of paragraph 9, Defendant admits that Mr. Snee is a white male, is employed in accounting and is the acting General Manager in Defendant's absence.  As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

10.    Answering the allegations of paragraph 10, Defendant admits that Ms. Eufracio is Hispanic and is the Head of Housekeeping.  As to the remaining allegations, Defendant has no

1   personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or

2   information sufficient to admit or deny the remaining allegations.

3        11.    Answering the allegations of paragraph 11, Defendant admits that Mr. Brownen is a

4   white male and was employed in Engineering.  As to the remaining allegations, Defendant has no

5   personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or

6   information sufficient to admit or deny the remaining allegations.

7        12.    Answering the allegations of paragraph 12, Defendant admits that Mr. Grand is the

8   President of Pacific Hospitality Group.  As to the remaining allegations, Defendant has no personal

9   knowledge regarding these allegations contained therein and on that basis lacks knowledge or

10  information sufficient to admit or deny the remaining allegations.

11       13.    Answering the allegations of paragraph 13, Defendant admits that Mr. McWethy is a

12  white male.  As to the remaining allegations, Defendant has no personal knowledge regarding these

13  allegations contained therein and on that basis lacks knowledge or information sufficient to admit or

14  deny the remaining allegations.

15       14.    Answering the allegations of paragraph 14, Defendant is unable to admit or deny legal

16  allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of

17  fact to which an admission or denial is required by the Federal Rules of Civil Procedure.  With respect

18  to any factual allegations in paragraph 14, Defendant denies each and every allegation of said

19  paragraph.

20       15.    Answering the allegations of paragraph 15, Defendant is informed and believes that the

21  majority of the employees in Housekeeping, Landscaping and Engineering are Hispanic and therefore

22  admits plaintiff's allegation on that basis.

23       16.    Answering the allegations of paragraph 16, Defendant denies the allegations therein.

24       17.    Answering the allegations of paragraph 17, Defendant is informed and believes that

25  plaintiff was on of a few African American employees working in a non-front desk area of the hotel

26  and admits plaintiff's allegation on that basis.  Except as expressly admitted, Defendant denies all

27  remaining allegations.

28       18.    Answering the allegations of paragraph 18, Defendant admits that Ms. Eufracio is of

1    Hispanic ancestry and is the Head of Housekeeping.  Defendant further admits that Ms. Eufracio has

2    likely dealt with misconduct of employees which led to termination and has not been retaliated

3    against.

4         19.    Answering the allegations of paragraph 19, Defendant admits that Mr. Brownen is

5    Caucasian and is the Head of Engineering.  Defendant further admits that Mr. Brownen has likely

6    dealt with misconduct of employees which led to termination and has not been retaliated against.

7         20.    Answering the allegations of paragraph 20, Defendant denies each and every factual

8    allegation of the paragraph.

9         21.    Answering the allegations of paragraph 21, Defendant has no personal knowledge

10   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

11   to admit or deny the allegations.

12        22.    Answering the allegations of paragraph 22, Defendant admits the allegations therein.

13        23.    Answering the allegations of paragraph 23, Defendant denies each and every factual

14   allegation of the paragraph.

15        24.    Answering the allegations of paragraph 24, Defendant admits that the handbook has a

16   provision forbidding retaliation for complaints of harassment.  As to the remaining allegations,

17   Defendant has no personal knowledge regarding these allegations contained therein and on that basis

18   lacks knowledge or information sufficient to admit or deny the remaining allegations.

19        25.    Answering the allegations of paragraph 25, Defendant admits the employee handbook

20   sets forth codes of conduct.

21        26.    Answering the allegations of paragraph 26, Defendant has no personal knowledge

22   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

23   to admit or deny the allegations.

24        27.    Answering the allegations of paragraph 27, Defendant has no personal knowledge

25   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

26   to admit or deny the allegations.

27        28.    Answering the allegations of paragraph 28, Defendant admits the allegations therein.

28        29.    Answering the allegations of paragraph 29, Defendant has no personal knowledge

4

1   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

2   to admit or deny the allegations.

3        30.    Answering the allegations of paragraph 30, Defendant has no personal knowledge

4   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

5   to admit or deny the allegations.

6        31.    Answering the allegations of paragraph 31, Defendant has no personal knowledge

7   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

8   to admit or deny the allegations.

9        32.    Answering the allegations of paragraph 32, Defendant has no personal knowledge

10  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

11  to admit or deny the allegations.

12       33.    Answering the allegations of paragraph 33, Defendant has no personal knowledge

13  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

14  to admit or deny the allegations.

15       34.    Answering the allegations of paragraph 34, Defendant denies each and every factual

16  allegation of the paragraph.

17       35.    Answering the allegations of paragraph 35, Defendant denies each and every factual

18  allegation of the paragraph.

19       36.    Answering the allegations of paragraph 36, Defendant admits that Mr. Gaines

20  submitted a handwritten letter addressed to Defendant regarding the incident.  Defendant denies that

21  the letter was one-page.

22       37.    Answering the allegations of paragraph 37, Defendant has no personal knowledge

23  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

24  to admit or deny the allegations.

25       38.    Answering the allegations of paragraph 38, Defendant has no personal knowledge

26  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

27  to admit or deny the allegations.

28       39.    Answering the allegations of paragraph 39, Defendant admits that plaintiff,

Ms. Eufracio, Mr. Oaxaca, and Mr. Garcia met on October 2, 2007 to discuss Mr. Gaines complaint about Mr. Oaxaca. Defendant denies that he was present at the first meeting and denies that the complaint was only one page in length. Defendant lacks knowledge or information sufficient to admit or deny the remaining allegations, and on that basis, Defendant denies each and every remaining allegation of the paragraph.

40.    Answering the allegations of paragraph 40, Defendant admits that he initially asked Mr. Garcia and Ms. Eufracio (both of whom are Hispanic) to handle Mr. Gaines' complaint about Mr. Oaxaca. Defendant denies that Mr. Garcia and Ms. Eufracio did not have power to impose discipline upon Mr. Oaxaca. Defendant lacks knowledge or information sufficient to admit or deny the remaining allegations, and on that basis, Defendant denies each and every remaining allegation of the paragraph.

41.    Answering the allegations of paragraph 41, Defendant admits the allegations therein.

42.    Answering the allegations of paragraph 42, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

43.    Answering the allegations of paragraph 43, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

44.    Answering the allegations of paragraph 44, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

45.    Answering the allegations of paragraph 45, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

46.    Answering the allegations of paragraph 46, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

47.    Answering the allegations of paragraph 47, Defendant admits that he was informed

1  about the meeting and that plaintiff was upset about the results of the meeting.  As to the remaining

2  allegations of paragraph 47, Defendant denies the remaining allegations contained therein.

3      48.    Answering the allegations of paragraph 48, Defendant has no personal knowledge

4  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

5  to admit or deny the allegations.

6      49.    Answering the allegations of paragraph 49, Defendant admits that on the afternoon of

7  October 2, 2007 a meeting was held in his office with himself, Mr. Garcia, Ms. Eufracio, Mr. Snee

8  and plaintiff in attendance.  As to the remaining allegations, Defendant denies that the handwritten

9  letter was one-page.

10     50.    Answering the allegations of paragraph 50, Defendant admits that plaintiff stated that

11 he believed Mr. Oaxaca's conduct warranted disciplinary action and that plaintiff believed Mr. Oaxaca

12 ignored his verbal warnings.  Defendant denies that plaintiff expressed displeasure with the Spanish

13 preferential treatment allegedly exhibited by Ms. Eufracio and Mr. Garcia towards Mr. Oaxaca's

14 alleged misconduct.

15     51.    Answering the allegations of paragraph 51, Defendant admits that he concluded that

16 Mr. Oaxaca's conduct warranted disciplinary action and suspended Mr. Oaxaca for five days without

17 pay.  Defendant further admits Mr. Oaxaca was called into the meeting to be informed of the

18 disciplinary action.  As to the remaining allegations of paragraph 51, Defendant denies the remaining

19 allegations therein.

20     52.    Answering the allegations of paragraph 52, Defendant admits that, in response to

21 plaintiff's statement that he didn't want anything to come in between his working relationship with

22 Mr. Garcia, he asked Mr. Garcia if it would be a problem and Mr. Garcia responded that it would not

23 be.  With regard to the remaining allegations of paragraph 52, Defendant denies each and every

24 remaining allegation therein.

25     53.    Answering the allegations of paragraph 53, Defendant admits that Mr. Garcia retired

26 from his prior employment and that he interviewed Mr. Garcia for the job at Best Western Hacienda

27 Hotel.  As to the remaining allegations of paragraph 54, Defendant denies each and every allegation

28 therein.

54.      Answering the allegations of paragraph 54, Defendant admits that, in response to plaintiff's statement that he didn't want anything to come in between his working relationship with Mr. Garcia, he asked Mr. Garcia if it would be a problem and Mr. Garcia responded that it would not be.   Defendant admits the meeting ended soon after this point.   With regard to the remaining allegations of paragraph 52, Defendant denies each and every remaining allegation therein.

55.      Answering the allegations of paragraph 55, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

56.      Answering the allegations of paragraph 56, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

57.      Answering the allegations of paragraph 57, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

58.      Answering the allegations of paragraph 58, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

59.      Answering the allegations of paragraph 59, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

60.      Answering the allegations of paragraph 60, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

61.      Answering the allegations of paragraph 61, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

62.      Answering the allegations of paragraph 62, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

1 | to admit or deny the allegations.

2 |      63.     Answering the allegations of paragraph 63, Defendant has no personal knowledge

3 | regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

4 | to admit or deny the allegations.

5 |      64.     Answering the allegations of paragraph 64, Defendant has no personal knowledge

6 | regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

7 | to admit or deny the allegations.

8 |      65.     Answering the allegations of paragraph 65, Defendant has no personal knowledge

9 | regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

10 | to admit or deny the allegations.

11 |      66.     Answering the allegations of paragraph 66, Defendant has no personal knowledge

12 | regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

13 | to admit or deny the allegations.

14 |      67.     Answering the allegations of paragraph 67, Defendant denies the allegations therein.

15 |      68.     Answering the allegations of paragraph 68, Defendant admits there is a policy

16 | prohibiting unlawful discrimination and harassment.  Defendant denies the remaining allegations.

17 |      69.     Answering the allegations of paragraph 69, Defendant admits the allegations therein.

18 |      70.     Answering the allegations of paragraph 70, Defendant has no personal knowledge

19 | regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

20 | to admit or deny the allegations.

21 |      71.     Answering the allegations of paragraph 71, Defendant has no personal knowledge

22 | regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

23 | to admit or deny the allegations.

24 |      72.     Answering the allegations of paragraph 72, Defendant has no personal knowledge

25 | regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

26 | to admit or deny the allegations.

27 |      73.     Answering the allegations of paragraph 73, Defendant admits the allegation therein.

28 |      74.     Answering the allegations of paragraph 74, Defendant denies the allegation therein.

75. Answering the allegations of paragraph 75, Defendant denies the allegation therein.

76. Answering the allegations of paragraph 76, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

77. Answering the allegations of paragraph 77, Defendant admits the allegation therein.

78. Answering the allegations of paragraph 78, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

79. Answering the allegations of paragraph 79, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

80. Answering the allegations of paragraph 80, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

81. Answering the allegations of paragraph 81, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

82. Answering the allegations of paragraph 82, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

83. Answering the allegations of paragraph 83, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

84. Answering the allegations of paragraph 84, Defendant admits the allegations therein.

85. Answering the allegations of paragraph 85, Defendant admits the allegations therein.

86. Answering the allegations of paragraph 86, Defendant denies the allegations therein.

87. Answering the allegations of paragraph 87, Defendant lacks knowledge or information sufficient to admit or deny allegations regarding plaintiff's intentions. Defendant denies each and

1    every remaining allegation of the paragraph.

2         88.     Answering the allegations of paragraph 88, Defendant has no personal knowledge

3    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

4    to admit or deny the allegations.

5         89.     Answering the allegations of paragraph 89, Defendant has no personal knowledge

6    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

7    to admit or deny the allegations.

8         90.     Answering the allegations of paragraph 90, Defendant denies the allegation therein.

9         91.     Answering the allegations of paragraph 91, Defendant has no personal knowledge

10   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

11   to admit or deny the allegations.

12        92.     Answering the allegations of paragraph 92, Defendant has no personal knowledge

13   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

14   to admit or deny the allegations.

15        93.     Answering the allegations of paragraph 93, Defendant has no personal knowledge

16   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

17   to admit or deny the allegations.

18        94.     Answering the allegations of paragraph 94, Defendant has no personal knowledge

19   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

20   to admit or deny the allegations.

21        95.     Answering the allegations of paragraph 95, Defendant lacks knowledge or information

22   sufficient to admit or deny such allegations, and on that basis, Defendant denies each and every

23   factual allegation of the paragraph.

24        96.     Answering the allegations of paragraph 96, Defendant is unsure what plaintiff is

25   referring to by the statement "what Rodrigo Garcia was doing."  Nonetheless, Defendant is unable to

26   admit or deny legal allegations or conclusions of law regarding plaintiff's claims.  Defendant denies

27   all factual allegations.

28        97.     Answering the allegations of paragraph 97, Defendant is unable to admit or deny legal

1    allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of

2    fact to which an admission or denial is required by the Federal Rules of Civil Procedure.  Defendant

3    denies each and every factual allegation of the paragraph.

4            98.    Answering the allegations of paragraph 98, Defendant is unable to admit o r deny legal

5    allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of

6    fact to which an admission or denial is required by the Federal Rules of Civil Procedure.  As to the

7    remaining allegations, except as expressly admitted Defendant lacks knowledge or information

8    sufficient to admit or deny such allegations, and on that basis, Defendant denies the remaining factual

9    allegations.

10           99.    Answering the allegations of paragraph 99, Defendant has no personal knowledge

11   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

12   to admit or deny the allegations.

13           100.   Answering the allegations of paragraph 100, Defendant has no personal knowledge

14   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

15   to admit or deny the allegations.

16           101.   Answering the allegations of paragraph 101, Defendant has no personal knowledge

17   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

18   to admit or deny the allegations.

19           102.   Answering the allegations of paragraph 102, Defendant has no personal knowledge

20   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

21   to admit or deny the allegations.

22           103.   Answering the allegations of paragraph 103, Defendant has no personal knowledge

23   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

24   to admit or deny the allegations.

25           104.   Answering the allegations of paragraph 104, Defendant has no personal knowledge

26   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

27   to admit or deny the allegations.

28           105.   Answering the allegations of paragraph 105, Defendant admits that there is a

1    communications and grievances policy.

2        106.    Answering the allegations of paragraph 106, Defendant admits that a portion of the

3    grievance process involves filing a written complaint with the General Manager which may then be

4    appealed to the corporate office.

5        107.    Answering the allegations of paragraph 107, Defendant admits that he had been out of

6    town and when he returned, Mr. Snee informed him of what had taken place with regard to plaintiff's

7    criminal background coming to light.  Defendant lacks knowledge or information sufficient to admit

8    or deny the remaining allegations, and denies them on that basis.

9        108.    Answering the allegations of paragraph 108, Defendant denies each and every factual

10    allegation of the paragraph.

11        109.    Answering the allegations of paragraph 109, Defendant denies each and every factual

12    allegation of the paragraph.

13        110.    Answering the allegations of paragraph 110, Defendant has no personal knowledge

14    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

15    to admit or deny the allegations.

16        111.    Answering the allegations of paragraph 111, Defendant has no personal knowledge

17    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

18    to admit or deny the allegations.

19        112.    Answering the allegations of paragraph 112, Defendant admits the allegations therein.

20        113.    Answering the allegations of paragraph 113, Defendant admits that plaintiff did not

21    sign any papers acknowledging he voluntarily quit and did not submit a letter of resignation.

22    Defendant denies the remaining allegations.

23        114.    Answering the allegations of paragraph 114, Defendant has no personal knowledge

24    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

25    to admit or deny the allegations.

26        115.    Answering the allegations of paragraph 115, Defendant has no personal knowledge

27    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

28    to admit or deny the allegations.

Case No. 08 CV 00907 DMS AJB
DEFENDANT LUIS BARRIOS' ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

116.     Answering the allegations of paragraph 116, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

117.     Answering the allegations of paragraph 117, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

118.     Answering the allegations of paragraph 118, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

119.     Answering the allegations of paragraph 119, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

120.     Answering the allegations of paragraph 120, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

121.     Answering the allegations of paragraph 121, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

122.     Answering the allegations of paragraph 122, Defendant admits that he and Mr. Snee wanted to speak with plaintiff and did meet with him on that day.

123.     Answering the allegations of paragraph 123, Defendant admits that he made a statement similar to the statement quoted.  Defendant denies that the statement was made through a consciousness of guilt.

124.     Answering the allegations of paragraph 124, Defendant admits that plaintiff complained in the meeting that some staff was not as friendly to him as they had been before the incident with Mr. Oaxaca.  Defendant denies the remaining allegations.

125.     Answering the allegations of paragraph 125, Defendant admits that plaintiff stated that he was concerned about returning to work because some of the staff was not as friendly to him as they

1  had been before.  Defendant denies the remaining allegations.

2       126.    Answering the allegations of paragraph 126, Defendant admits that he made a
3  statement similar to the statement alleged, but denies that this was the exact statement.

4       127.    Answering the allegations of paragraph 127, Defendant admits that he made a
5  statement to the effect that plaintiff should be able to get through this situation, especially in light of
6  all he had been through in his life.  Defendant denies the remaining allegations.

7       128.    Answering the allegations of paragraph 128, Defendant admits that when Mr. Snee was
8  asked by plaintiff how the information regarding his conviction came to light, Mr. Snee responded that
9  the information came from Mr. Garcia.

10       129.    Answering the allegations of paragraph 129, Defendant denies the allegations therein.

11       130.    Answering the allegations of paragraph 130, Defendant has no personal knowledge
12  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
13  to admit or deny the allegations.

14       131.    Answering the allegations of paragraph 131, Defendant is unable to admit or deny legal
15  allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of
16  fact to which an admission or denial is required by the Federal Rules of Civil Procedure.  Defendant
17  denies each and every factual allegation of the paragraph.

18       132.    Answering the allegations of paragraph 132, Defendant is unable to admit or deny legal
19  allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of
20  fact to which an admission or denial is required by the Federal Rules of Civil Procedure.  Defendant
21  denies each and every factual allegation of the paragraph.

22       133.    Answering the allegations of paragraph 133, Defendant has no personal knowledge
23  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
24  to admit or deny the allegations.

25       134.    Answering the allegations of paragraph 134, Defendant has no personal knowledge
26  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
27  to admit or deny the allegations.

28       135.    Answering the allegations of paragraph 135, Defendant has no personal knowledge

regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

136.    Answering the allegations of paragraph 136, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

137.    Answering the allegations of paragraph 137, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

138.    Answering the allegations of paragraph 138, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

139.    Answering the allegations of paragraph 139, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

140.    Answering the allegations of paragraph 140, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

141.    Answering the allegations of paragraph 141, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

142.    Answering the allegations of paragraph 142, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

143.    Answering the allegations of paragraph 143, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

144.    Answering the allegations of paragraph 144, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

1  to admit or deny the allegations.

2      145.    Answering the allegations of paragraph 145, Defendant has no personal knowledge

3  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

4  to admit or deny the allegations.

5      146.    Answering the allegations of paragraph 146, Defendant has no personal knowledge

6  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

7  to admit or deny the allegations.

8      147.    Answering the allegations of paragraph 147, Defendant has no personal knowledge

9  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

10  to admit or deny the allegations.

11      148.    Answering the allegations of paragraph 148, Defendant has no personal knowledge

12  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

13  to admit or deny the allegations.

14      149.    Answering the allegations of paragraph 149, Defendant has no personal knowledge

15  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

16  to admit or deny the allegations.

17      150.    Answering the allegations of paragraph 150, Defendant has no personal knowledge

18  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

19  to admit or deny the allegations.

20      151.    Answering the allegations of paragraph 151, Defendant has no personal knowledge

21  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

22  to admit or deny the allegations.

23      152.    Answering the allegations of paragraph 152, Defendant has no personal knowledge

24  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

25  to admit or deny the allegations.

26      153.    Answering the allegations of paragraph 153, Defendant has no personal knowledge

27  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

28  to admit or deny the allegations.

154.    Answering the allegations of paragraph 154, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

155.    Answering the allegations of paragraph 155, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

156.    Answering the allegations of paragraph 156, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

157.    Answering the allegations of paragraph 157, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

158.    Answering the allegations of paragraph 158, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

159.    Answering the allegations of paragraph 159, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

160.    Answering the allegations of paragraph 160, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

161.    Answering the allegations of paragraph 161, Defendant is unable to admit or deny legal allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of fact to which an admission or denial is required by the Federal Rules of Civil Procedure.  Defendant lacks knowledge or information sufficient to admit or deny such allegations, and on that basis, Defendant denies the remaining factual allegations.

162.    Answering the allegations of paragraph 162, Defendant is unable to admit or deny legal allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of

1    fact to which an admission or denial is required by the Federal Rules of Civil Procedure.

2    163.    Answering the allegations of paragraph 163, Defendant is unable to admit or deny legal

3    allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of

4    fact to which an admission or denial is required by the Federal Rules of Civil Procedure.

5    164.    Answering the allegations of paragraph 164, Defendant admits he was compelled to

6    resign once.  Defendant denies each and every remaining factual allegation of the paragraph.

7    165.    Answering the allegations of paragraph 165, Defendant has no personal knowledge

8    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

9    to admit or deny the allegations.

10    166.    Answering the allegations of paragraph 166, Defendant has no personal knowledge

11    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

12    to admit or deny the allegations.

13    167.    Answering the allegations of paragraph 167, Defendant re-alleges and incorporates by

14    reference its responses to paragraphs 1-166.

15    168.    Answering the allegations of paragraph 168, Defendant denies each and every

16    allegation of the paragraph.

17    169.    Answering the allegations of paragraph 169, Defendant admits that plaintiff is suing

18    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

19    plaintiff suffered damages and denies the remaining factual allegations in paragraph 169.

20    170.    Answering the allegations of paragraph 170, Defendant admits that plaintiff is suing

21    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

22    plaintiff suffered damages and denies the remaining factual allegations in paragraph 170.

23    171.    Answering the allegations of paragraph 171, Defendant re-alleges and incorporates by

24    reference its responses to paragraphs 1-170.

25    172.    Answering the allegations of paragraph 172, Defendant denies each and every

26    allegation of the paragraph.

27    173.    Answering the allegations of paragraph 173, Defendant admits that plaintiff is suing

28    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

1    plaintiff suffered damages and denies the remaining factual allegations in paragraph 173.

2           174.    Answering the allegations of paragraph 174, Defendant admits that plaintiff is suing

3    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

4    plaintiff suffered damages and denies the remaining factual allegations in paragraph 174.

5           175.    Answering the allegations of paragraph 175, Defendant re-alleges and incorporates by

6    reference its responses to paragraphs 1-174.

7           176.    Answering the allegations of paragraph 176, Defendant denies each and every

8    allegation of the paragraph 176.

9           177.    Answering the allegations of paragraph 177, Defendant admits that plaintiff is suing

10   defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

11   plaintiff suffered damages and denies the remaining factual allegations in paragraph 177.

12          178.    Answering the allegations of paragraph 178, Defendant admits that plaintiff is suing

13   defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

14   plaintiff suffered damages and denies the remaining factual allegations in paragraph 178.

15          179.    Answering the allegations of paragraph 179, Defendant incorporates by reference its

16   responses to Paragraph 1-178.

17          180.    Answering the allegations of paragraph 180, Defendant denies each and every

18   allegation of the paragraph 180.

19          181.    Answering the allegations of paragraph 181, Defendant admits that plaintiff is suing

20   defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

21   plaintiff suffered damages and denies the remaining factual allegations in paragraph 181.

22          182.    Answering the allegations of paragraph 182, Defendant admits that plaintiff is suing

23   defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

24   plaintiff suffered damages and denies the remaining factual allegations in paragraph 182.

25          183.    Answering the allegations of paragraph 183, Defendant re-alleges and incorporates by

26   reference its responses to paragraphs 1-182.

27          184.    Answering the allegations of paragraph 184, Defendant denies each and every

28   allegation of the paragraph 184.

185.    Answering the allegations of paragraph 185, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 185.

186.    Answering the allegations of paragraph 186, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 186.

187.    Answering the allegations of paragraph 187, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-186.

188.    Answering the allegations of paragraph 188, Defendant denies each and every allegation of the paragraph 188.

189.    Answering the allegations of paragraph 189, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 189.

190.    Answering the allegations of paragraph 190, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 190.

191.    Answering the allegations of paragraph 191, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-190.

192.    Answering the allegations of paragraph 192, Defendant denies  each and every allegation of the paragraph 192.

193.    Answering the allegations of paragraph 193, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 193.

194.    Answering the allegations of paragraph 194, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-193.

195.    Answering the allegations of paragraph 195, Defendant denies each and every allegation of the paragraph 195.

196.    Answering the allegations of paragraph 196, Defendant admits that plaintiff is suing

1 defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

2 plaintiff suffered damages and denies the remaining factual allegations in paragraph 196.

3      197.    Answering the allegations of paragraph 197, Defendant admits that plaintiff is suing

4 defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

5 plaintiff suffered damages and denies the remaining factual allegations in paragraph 197.

6      198.    Answering the allegations of paragraph 198, Defendant re-alleges and incorporates by

7 reference its responses to paragraphs 1-197.

8      199.    Answering the allegations of paragraph 199, Defendant denies each and every

9 allegation of the paragraph 199.

10      200.    Answering the allegations of paragraph 200, Defendant admits that plaintiff is suing

11 defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

12 plaintiff suffered damages and denies the remaining factual allegations in paragraph 200.

13      201.    Answering the allegations of paragraph 201, Defendant admits that plaintiff is suing

14 defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

15 plaintiff suffered damages and denies the remaining factual allegations in paragraph 201.

16      202.    Answering the allegations of paragraph 202, Defendant re-alleges and incorporates by

17 reference its responses to paragraphs 1-201.

18      203.    Answering the allegations of paragraph 203, Defendant denies each and every

19 allegation of the paragraph 203.

20      204.    Answering the allegations of paragraph 204, Defendant admits that plaintiff is suing

21 defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

22 plaintiff suffered damages and denies the remaining factual allegations in paragraph 204.

23      205.    Answering the allegations of paragraph 205, Defendant re-alleges and incorporates by

24 reference its responses to paragraphs 1-204.

25      206.    Answering the allegations of paragraph 206, Defendant denies each and every

26 allegation of the paragraph 206.

27      207.    Answering the allegations of paragraph 207, Defendant admits that plaintiff is suing

28 defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

Case No. 08 CV 00907 DMS AJB
DEFENDANT LUIS BARRIOS' ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

1    plaintiff suffered damages and denies the remaining factual allegations in paragraph 207.

2        208.    Answering the allegations of paragraph 208, Defendant re-alleges and incorporates by

3    reference its responses to paragraphs 1-207.

4        209.    Answering the allegations of paragraph 209, Defendant denies each and every

5    allegation of the paragraph 209.

6        210.    Answering the allegations of paragraph 210, Defendant admits that plaintiff is suing

7    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

8    plaintiff suffered damages and denies the remaining factual allegations in paragraph 210.

9        211.    Answering the allegations of paragraph 211, Defendant re-alleges and incorporates by

10   reference its responses to paragraphs 1-210.

11       212.    Answering the allegations of paragraph 212, Defendant denies each and every

12   allegation of the paragraph 212.

13       213.    Answering the allegations of paragraph 213, Defendant admits that plaintiff is suing

14   defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

15   plaintiff suffered damages and denies the remaining factual allegations in paragraph 213.

16       214.    Answering the allegations of paragraph 214, Defendant re-alleges and incorporates by

17   reference its responses to paragraphs 1-213.

18       215.    Answering the allegations of paragraph 215, Defendant denies each and every

19   allegation of the paragraph 215.

20       216.    Answering the allegations of paragraph 216, Defendant admits that plaintiff is suing

21   defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

22   plaintiff suffered damages and denies the remaining factual allegations in paragraph 216.

23       217.    Answering the allegations of paragraph 217, Defendant re-alleges and incorporates by

24   reference its responses to paragraphs 1-216.

25       218.    Answering the allegations of paragraph 218, Defendant denies each and every

26   allegation of the paragraph 218.

27       219.    Answering the allegations of paragraph 219, Defendant admits that plaintiff is suing

28   defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

1    plaintiff suffered damages and denies the remaining factual allegations in paragraph 219.

2    **WITHOUT WAIVING ANY OF THE FOREGOING, ANSWERING**
**DEFENDANT, FOR ITS AFFIRMATIVE DEFENSES TO THE**
3    **COMPLAINT, ALLEGES AS FOLLOWS:**

4    The following separate affirmative defenses are asserted to the Complaint, and to each

5    purported claim therein brought against Defendant.  By pleading these affirmative defenses,

6    Defendant does not assume the burden of proving any fact, issue, or element of a cause of action

7    where such burden rests with plaintiff.  Moreover, nothing stated herein is intended or shall be

8    construed as an admission that any particular issue or subject matter is relevant to plaintiff's

9    allegations.

10    **AFFIRMATIVE DEFENSES TO THE COMPLAINT AND**
**EACH ALLEGED CAUSE OF ACTION THEREOF**
11

12    As separate affirmative defenses to the Complaint, and to each purported cause of action

13    therein, defendant alleges:

14    **FIRST AFFIRMATIVE DEFENSE**

15    **(Failure to State a Cause of Action)**

16    The Complaint fails to state facts sufficient to constitute a cause or causes of action against this

17    answering Defendant.

18    **SECOND AFFIRMATIVE DEFENSE**

19    **(Uncertainty)**

20    The Complaint is vague, uncertain, ambiguous and unintelligible.

21    **THIRD AFFIRMATIVE DEFENSE**

22    **(Failure to Identify Specific Statutory/Constitutional Provisions)**

23    Some or all of the claims for damages in the Complaint are barred in that plaintiff has failed to

24    identify, with the requisite degree of specificity, any statutory and/or constitutional provision which

25    has been expressly violated by any act of Defendant.

26    **FOURTH AFFIRMATIVE DEFENSE**

27    **(Statutes of Limitation)**

28    Defendant is informed and believes and thereon alleges that the Complaint, and each cause of

Case No. 08 CV 00907 DMS AJB
DEFENDANT LUIS BARRIOS' ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

1  action therein, is barred by each and every applicable statute of limitations, including, but not limited

2  to, California Code of Civil Procedure sections 335.1, 338(a), 339(1), 340(a), 340(c), 343, California

3  Government Code section 12960 and 12965(a) and (b), and 28 USC § 1658(a).

4  **FIFTH AFFIRMATIVE DEFENSE**

5  **(Failure to Commence Suit Timely)**

6      Some or all of the claims for damages in the Complaint are barred in that plaintiff failed to

7  timely file his claims after receiving notice from the Department of Fair Employment and Housing

8  and/or the Equal Employment Opportunity Commission.

9  **SIXTH AFFIRMATIVE DEFENSE**

10  **(Estoppel)**

11      Plaintiff is estopped by his own conduct and omissions from asserting any claims, damages or

12  seeking other relief from Defendant.

13  **SEVENTH AFFIRMATIVE DEFENSE**

14  **(Waiver)**

15      Plaintiff, by his actions and/or omissions, knowingly, voluntarily and willingly waived any

16  rights he might otherwise have had against Defendant.

17  **EIGHTH AFFIRMATIVE DEFENSE**

18  **(Laches)**

19      Some or all of the causes of actions in the Complaint are barred by the doctrine of laches.

20  **NINTH AFFIRMATIVE DEFENSE**

21  **(Failure to Mitigate)**

22      Plaintiff has not been damaged.  However, to the extent plaintiff proves otherwise, plaintiff has

23  failed to take adequate steps to minimize, alter, reduce or otherwise diminish his damages, if any, with

24  respect to the matters alleged in the Complaint, and by reason of the foregoing, plaintiff is barred from

25  the recovery of damages, or damages should be dismissed based on plaintiff's failure to mitigate.

26  **TENTH AFFIRMATIVE DEFENSE**

27  **(Failure to Exhaust Administrative Remedies)**

28      Some or all of the claims for damages in the Complaint are barred in that plaintiff failed to

timely or properly exhaust his administrative remedies, including without limiting, remedies under the California Fair Employment Housing Act, Title VII of the Civil Rights Act of 1964, and/or the California Labor Code.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Exclusive Statutory Remedy)

Some or all of the claims for damages in the Complaint are barred in that plaintiff's exclusive remedy is statutory under Government Code sections 12940 et seq., and there is no common law remedy or other statutory remedy available to plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE

### (Workers' Compensation Preemption)

Some or all of the claims for damages in the Complaint are barred by the provisions of the California Labor Code sections 3200 et seq., the Workers' Compensation laws, which provide plaintiff's exclusive remedy.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Defendant is informed and believes and thereon alleges that plaintiff, by his own conduct, acts, and/or omissions, is barred by his unclean hands and shared fault from all legal and equitable relief requested in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (At Will Employment)

Some or all of the claims for damages in the Complaint are barred in that plaintiff's employment relationship with defendant was for an unspecified period of time, and was at will pursuant to California Labor Code section 2922.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiff is barred, in whole or in part, by his own fault from any legal or equitable relief against Defendant.

///

### SIXTEENTH AFFIRMATIVE DEFENSE

#### (Contributory Fault)

The loss, if any, allegedly sustained by plaintiff was proximately caused or contributed to by the negligence, improper conduct or intervening acts of plaintiff.

### SEVENTEENTH AFFIRMATIVE DEFENSE

#### (Apportionment)

Defendant is not legally responsible for any damages claimed by plaintiff.  If, however, defendant is found to be legally responsible, Defendant's legal responsibility is not the sole and proximate cause of any injury, and damages awarded to plaintiff, if any, should be apportioned according to the respective fault and legal responsibility of all parties, persons and entities, and/or the agents, servants and employees who contributed to and/or caused said incidents according to proof presented at the time of trial.

### EIGHTEENTH AFFIRMATIVE DEFENSE

#### (No Discrimination or Retaliation)

Some or all of the claims for damages in plaintiff's Complaint are barred in that defendant's actions in connection with the matter alleged were done in a non discriminatory and non retaliatory manner.

### NINETEENTH AFFIRMATIVE DEFENSE

#### (Valid Business Purposes)

Plaintiff's claims are barred for the reason that the alleged conduct of Defendant was at all times undertaken in the good faith exercise of a valid business purpose.

### TWENTIETH AFFIRMATIVE DEFENSE

#### (Managerial Privilege or Immunity)

Some or all of the claims in the complaint are barred by the doctrine of managerial privilege or immunity.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

#### (Conduct Privileged)

Some or all of the claims for damages in the Complaint are barred in that Defendant's actions

1  in connection with the matters alleged were done in good faith and based on its legitimate economic

2  interest and within the course and scope of its authority and were, therefore, privileged.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Constitutional Privilege)

Some or all of the claims for damages in the Complaint are barred because the statements and/or acts complained of are privileged under the constitution of the United States and the constitution of the State of California.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Conduct Justified)

All decisions and actions regarding plaintiff's employment with Defendant were done in the exercise of proper managerial discretion, in good faith, and based on legitimate reasons.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Defendant's Full Performance)

Defendant is informed and believes and thereon alleges that he has performed and fully discharged any and all obligations and legal duties to plaintiff pertinent to the matters alleged in plaintiff's Complaint.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (No Punitive/Exemplary Damages)

Under the applicable law and the facts of this case, plaintiff is not entitled to punitive/exemplary damages. Moreover, punitive/exemplary damages such as those claimed by plaintiff are unconstitutional under the California Constitution and the United States Constitution.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Not Entitled to Attorneys' Fees)

The Complaint, and each cause of action contained therein, fails to allege any facts or any legal theory sufficient to entitle plaintiff to recover attorneys' fees in this action.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Causation)

None of the acts, conduct and/or omissions attributed to defendant in the Complaint may be

1  regarded as the actual or proximate cause of any damages plaintiff seeks to recover.

2  **TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

3  **(Barrios Not Plaintiff's Employer)**

4  Some or all of the claims for damages in the Complaint are barred because Defendant was not

5  plaintiff's employer.

6  **TWENTY-NINTH AFFIRMATIVE DEFENSE**

7  **(No Conspiracy)**

8  Some or all of plaintiff's claims fail in that some or all of the defendants who allegedly

9  conspired with Pacific Hospitality Group, Inc. were agents or employees of Pacific Hospitality Group,

10  Inc.

11  **THIRTIETH AFFIRMATIVE DEFENSE**

12  **(Consent)**

13  Plaintiff consented to and approved all or some of the acts and omissions about which plaintiff

14  now complains.  Accordingly, plaintiff is barred from pursuing this action.

15  **THIRTY-FIRST AFFIRMATIVE DEFENSE**

16  **(Discharge)**

17  Any purported obligation alleged in the Complaint which Defendant may have owed to

18  plaintiff has been discharged and extinguished.

19  **THIRTY-SECOND AFFIRMATIVE DEFENSE**

20  **(No Standing)**

21  Plaintiff lacks standing to bring some or all of his claims.

22  **THIRTY-THIRD AFFIRMATIVE DEFENSE**

23  **(No State Action)**

24  Plaintiff's claims are barred in whole or in part due to the fact Defendant is not a state actor.

25  **THIRTY-FOURTH AFFIRMATIVE DEFENSE**

26  **(No Deception or Reliance)**

27  The claims of plaintiff are barred in whole or in part because there is no likelihood of actual

28  deception, individual reliance, or actual damage and they cannot be established as required pursuant

1  to, among other authority, the California Supreme Court's decision in <u>Mirkin v. Wasserman</u> (1993) 5

2  Cal.4th 1082.

3  ## THIRTY-FIFTH AFFIRMATIVE DEFENSE

4  ### (Avoidable Consequences)

5  The claims of plaintiff are barred because plaintiff unreasonably failed to use preventative and

6  corrective measures available to him which would have prevented all or some of the harm plaintiff

7  alleges.

8  ## THIRTY-SIXTH AFFIRMATIVE DEFENSE

9  ### (Reservation of Rights)

10  Defendant currently has insufficient information upon which to form a belief as to whether it

11  may have additional, as yet unstated, affirmative defenses available. Defendant therefore reserves the

12  right to assert additional affirmative defenses in the event that discovery indicates that they would be

13  appropriate.

14  WHEREFORE, Defendant prays for judgment as follows:

15  1.    That plaintiff take nothing by virtue of this action;

16  2.    That any liability attributed to Defendant be limited in direct proportion to that

17  percentage of fault actually attributable to Defendant;

18  3.    For costs of suit incurred herein, including attorneys' fees;

19  4.    For an order of this Court denying all relief sought by plaintiff herein; and

20  5.    For such other and further relief as this Court may deem just and proper.

21  DATED:   July 28, 2008            LUCE, FORWARD, HAMILTON & SCRIPPS LLP

22

23                    By: s/Liseanne R. Kelly
                          WILLIAM T. EARLEY
24                        LISEANNE R. KELLY
                          Attorneys for Pacific Hospitality Group, Inc., Brian
25                        Harkins, Luis Barrios, Rodrigo Garcia, Robert Snee,
                          Emy Eufracio, Greg Brownen, Fred Grand, and
26                        William McWethy

27

28  101108481.2

Case No. 08 CV 00907 DMS AJB
DEFENDANT LUIS BARRIOS' ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

1  | William T. Earley, State Bar No. 144877
   | Liseanne R. Kelly, State Bar No. 211782
2  | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   | 600 West Broadway, Suite 2600
3  | San Diego, California 92101-3372
   | Telephone No.: 619.236.1414
4  | Fax No.: 619.232.8311

5  | Attorneys for Pacific Hospitality Group, Inc., Brian Harkins, Luis Barrios, Rodrigo Garcia, Robert
   | Snee, Emy Eufracio, Greg Brownen, Fred Grand, and William McWethy
6

7

8  |                    UNITED STATES DISTRICT COURT

9  |                 SOUTHERN DISTRICT OF CALIFORNIA

10 |                        SAN DIEGO DIVISION

11 | DICKEY GAINES,                              Case No. 08 CV 00907 DMS AJB

12 |        Plaintiff,
                                                **PROOF OF SERVICE**
13 | v.

14 | PACIFIC HOSPITALITY GROUP INC.,             Complaint Filed:        May 22, 2008
   | BEST WESTERN HACIENDA HOTEL,
15 | BRIAN HARKINS, LUIS BARRIOS,
   | RODRIGO GARCIA, ROBERT SNEE, EMY
16 | EUFRACIO, GREG BROWNEN, FRED
   | GRAND, WILLIAM McWETHY, JOHN
17 | DOES,

18 |        Defendants.

19

20 |        I, Leisa Bitting, declare under penalty of perjury that I am over the age of eighteen years, that I

21 | am not a party to the above-referenced action, and that I am employed in the State of California,

22 | County of San Diego, where the within-mentioned service occurred. My business address is 600 West

23 | Broadway, Suite 2600, San Diego, California 92101; telephone number (619) 236-1414; facsimile

24 | number (619) 232-8311.

25 |        On July 28, 2008, I caused to be served the following document(s):

26 |        **1.    DEFENDANT PACIFIC HOSPITALITY GROUP INC.'S ANSWER TO
   | PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;**
27

28 |        **2.    DEFENDANT BRIAN HARKINS' ANSWER TO PLAINTIFF'S CIVIL
   | COMPLAINT AND JURY DEMAND;**

---

1      **3.**    DEFENDANT LUIS BARRIOS' ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;

2

3      **4.**    DEFENDANT RODRIGO GARCIA'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;

4      **5.**    DEFENDANT ROBERT SNEE'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;

5

6      **6.**    DEFENDANT EMY EUFRACIO'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;

7      **7.**    DEFENDANT GREG BROWNEN'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;

8

9      **8.**    DEFENDANT FRED GRAND'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;

10      **9.**    DEFENDANT WILLIAM MC WETHY'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND.

11

12 on the interested parties in this action by:

13 <u>**Electronic Mail Notice List**</u>

14     The following are those who are currently on this list to receive e-mail notices for this case.

15     (No electronic mail notice recipients).

16 <u>**Manual Notice List**</u>

17     The following is the list of attorneys who are **not** on the list to receive e-mail notices for this

18 case (who therefore require manual noticing).

19 Dickey Gaines                           Attorney Pro Se
858 Beyer Way, Apt. K-2

20 San Diego, CA 92154
Telephone: (619) 575-1079

21

22    _____    **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

24    XX    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25     Executed at San Diego, California on July 28, 2008.

26

27                              Leisa Bitting

28 101108946.1

                            2             Case No. 08 CV 00907 DMS AJB
PROOF OF SERVICE