1  William T. Earley, State Bar No. 144877
   Liseanne R. Kelly, State Bar No. 211782
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Pacific Hospitality Group, Inc., Brian Harkins, Luis Barrios, Rodrigo Garcia, Robert
   Snee, Emy Eufracio, Greg Brownen, Fred Grand, and William McWethy
6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                              SAN DIEGO DIVISION

11  DICKEY GAINES,                          Case No. 08 CV 00907 DMS AJB

12          Plaintiff,                      **DEFENDANT ROBERT SNEE'S**
                                            **ANSWER TO PLAINTIFF'S CIVIL**
13  v.                                      **COMPLAINT AND JURY DEMAND**

14  PACIFIC HOSPITALITY GROUP INC.,         Complaint Filed:        May 22, 2008
    BEST WESTERN HACIENDA HOTEL,
15  BRIAN HARKINS, LUIS BARRIOS,
    RODRIGO GARCIA, ROBERT SNEE, EMY
16  EUFRACIO, GREG BROWNEN, FRED
    GRAND, WILLIAM McWETHY, JOHN
17  DOES,

18          Defendants.

19

20          Defendant Robert Snee ("Defendant"), hereby responds to plaintiff's Civil Complaint and Jury

21  Demand filed in the United States District Court, Southern District of California, San Diego Division.

22          1.      Answering the allegations of paragraph 1, Defendant is informed and believes that this

23  is an accurate description of the nature of plaintiff's lawsuit.

24          2.      Answering the allegations of paragraph 2, Defendant is informed and believes that the

25  Court has jurisdiction and venue is proper.

26          3.      Answering the allegations of paragraph 3, Defendant admits that plaintiff was

27  employed as a Landscaper in the Landscaping Department at the Best Western Hacienda Hotel, 4041

28  Harney Street, San Diego, California 92110, and that plaintiff acted as a crew leader in Landscaping.

Defendant denies that plaintiff was driven from his employment. As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis denies the remaining allegations therein.

4.    Answering the allegations of paragraph 4, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

5.    Answering the allegations of paragraph 5, Defendant admits that Best Western Hacienda Hotel is located at 4041 Harney Street, San Diego, California 92110 and that the hotel is managed by Luis Barrios. Except as expressly admitted, Defendant denies the remaining factual allegations in paragraph 5.

6.    Answering the allegations of paragraph 6, Defendant admits that Brian Harkins is a white male and is the CFO for Pacific Hospitality Group. As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

7.    Answering the allegations of paragraph 7, Defendant admits that Luis Barrios is the General Manager of the Best Western Hacienda Hotel. As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

8.    Answering the allegations of paragraph 8, Defendant admits that Mr. Garcia is Hispanic and is the Director of Landscaping. Defendant has no personal knowledge regarding the remaining allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

9.    Answering the allegations of paragraph 9, Defendant admits that he is a Citizen of the United States and is a white male. Defendant further admits that he is employed as the Accounting Manager and was the acting General Manager in Mr. Barrios' absence. As to the remaining allegations, except as expressly admitted Defendant denies each and every factual allegation of the paragraph.

10.    Answering the allegations of paragraph 10, Defendant admits that Ms. Eufracio is

Hispanic and is the Head of Housekeeping.  As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

11.    Answering the allegations of paragraph 11, Defendant admits that Mr. Brownen is a white male and was employed in Engineering.  As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

12.    Answering the allegations of paragraph 12, Defendant admits that Mr. Grand is the President of Pacific Hospitality Group.  As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

13.    Answering the allegations of paragraph 13, Defendant admits that Mr. McWethy is a white male.  As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

14.    Answering the allegations of paragraph 14, Defendant is unable to admit or deny legal allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of fact to which an admission or denial is required by the Federal Rules of Civil Procedure.  With respect to any factual allegations in paragraph 14, Defendant denies each and every allegation of said paragraph.

15.    Answering the allegations of paragraph 15, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

16.    Answering the allegations of paragraph 16, Defendant denies the allegations therein.

17.    Answering the allegations of paragraph 17, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

18.    Answering the allegations of paragraph 18, Defendant has no personal knowledge

regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

19.    Answering the allegations of paragraph 19, Defendant lacks knowledge or information sufficient to admit or deny such allegations and on that basis, Defendant denies each and every factual allegation of the paragraph.

20.    Answering the allegations of paragraph 20, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

21.    Answering the allegations of paragraph 21, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

22.    Answering the allegations of paragraph 22, Defendant admits the allegations therein.

23.    Answering the allegations of paragraph 23, denies the allegations therein.

24.    Answering the allegations of paragraph 24, Defendant admits that the handbook has a provision forbidding retaliation for complaints of harassment.  As to the remaining allegations, Defendant has no personal knowledge regarding these allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the remaining allegations.

25.    Answering the allegations of paragraph 25, Defendant admits the employee handbook sets forth codes of conduct.

26.    Answering the allegations of paragraph 26, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

27.    Answering the allegations of paragraph 27, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

28.    Answering the allegations of paragraph 28, Defendant admits the allegations therein.

29.    Answering the allegations of paragraph 29, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

1    to admit or deny the allegations.

2        30.    Answering the allegations of paragraph 30, Defendant has no personal knowledge
3    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
4    to admit or deny the allegations.

5        31.    Answering the allegations of paragraph 31, Defendant has no personal knowledge
6    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
7    to admit or deny the allegations.

8        32.    Answering the allegations of paragraph 32, Defendant has no personal knowledge
9    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
10    to admit or deny the allegations.

11        33.    Answering the allegations of paragraph 33, Defendant has no personal knowledge
12    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
13    to admit or deny the allegations.

14        34.    Answering the allegations of paragraph 34, Defendant has no personal knowledge
15    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
16    to admit or deny the allegations.

17        35.    Answering the allegations of paragraph 35, Defendant has no personal knowledge
18    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
19    to admit or deny the allegations.

20        36.    Answering the allegations of paragraph 36, Defendant has no personal knowledge
21    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
22    to admit or deny the allegations.

23        37.    Answering the allegations of paragraph 37, Defendant has no personal knowledge
24    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
25    to admit or deny the allegations.

26        38.    Answering the allegations of paragraph 38, Defendant has no personal knowledge
27    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient
28    to admit or deny the allegations.

Case No. 08 CV 00907 DMS AJB
DEFENDANT ROBERT SNEE'S ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

1    39.    Answering the allegations of paragraph 39, Defendant has no personal knowledge

2  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

3  to admit or deny the allegations.

4    40.    Answering the allegations of paragraph 40, Defendant has no personal knowledge

5  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

6  to admit or deny the allegations.

7    41.    Answering the allegations of paragraph 41, Defendant has no personal knowledge

8  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

9  to admit or deny the allegations.

10    42.    Answering the allegations of paragraph 42, Defendant has no personal knowledge

11  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

12  to admit or deny the allegations.

13    43.    Answering the allegations of paragraph 43, Defendant has no personal knowledge

14  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

15  to admit or deny the allegations.

16    44.    Answering the allegations of paragraph 44, Defendant has no personal knowledge

17  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

18  to admit or deny the allegations.

19    45.    Answering the allegations of paragraph 45, Defendant has no personal knowledge

20  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

21  to admit or deny the allegations.

22    46.    Answering the allegations of paragraph 46, Defendant has no personal knowledge

23  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

24  to admit or deny the allegations.

25    47.    Answering the allegations of paragraph 47, Defendant has no personal knowledge

26  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

27  to admit or deny the allegations.

28    48.    Answering the allegations of paragraph 48, Defendant has no personal knowledge

Case No. 08 CV 00907 DMS AJB
DEFENDANT ROBERT SNEE'S ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

1  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

2  to admit or deny the allegations.

3       49.    Answering the allegations of paragraph 49, Defendant admits that on the afternoon of

4  October 2, 2007 a meeting was held in Mr. Barrios' office with Mr. Barrios, Mr. Garcia, Defendant,

5  Ms. Eufracio and plaintiff in attendance.  Defendant has no personal knowledge regarding the

6  remaining allegations contained therein and on that basis lacks knowledge or information sufficient to

7  admit or deny the remaining allegations.

8       50.    Answering the allegations of paragraph 50, Defendant admits that plaintiff stated that

9  he believed Mr. Oaxaca's conduct warranted disciplinary action and that plaintiff believed

10  Mr. Oaxaca ignored his verbal warnings.  Defendant denies that plaintiff expressed displeasure with

11  the Spanish preferential treatment allegedly exhibited by Ms. Eufracio and Mr. Garcia towards

12  Mr. Oaxaca's alleged misconduct.

13       51.    Answering the allegations of paragraph 51, Defendant admits that Mr. Barrios

14  concluded that Mr. Oaxaca's conduct warranted disciplinary action and suspended Mr. Oaxaca for

15  five days without pay.  Defendant further admits Mr. Oaxaca was called into the meeting to receive

16  the disciplinary action.  As to the remaining allegations of paragraph 51, Defendant denies the

17  remaining allegations therein.

18       52.    Answering the allegations of paragraph 52, Defendant admits that, in response to

19  plaintiff's statement that he didn't want anything to come in between his working relationship with

20  Mr. Garcia, Mr. Barrios asked Mr. Garcia if it would be a problem and Mr. Garcia responded that it

21  would not be, or words to that effect.  With regard to the remaining allegations of paragraph 52,

22  Defendant denies each and every remaining allegation therein.

23       53.    Answering the allegations of paragraph 53, Defendant has no personal knowledge

24  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

25  to admit or deny the allegations.

26       54.    Answering the allegations of paragraph 54, Defendant admits that, in response to

27  plaintiff's statement that he didn't want anything to come in between his working relationship with

28  Mr. Garcia, Mr. Barrios asked Mr. Garcia if it would be a problem and Mr. Garcia responded that it

would not be, or words to that effect. Defendant admits the meeting ended soon after this point With regard to the remaining allegations of paragraph 52, Defendant denies each and every remaining allegation therein.

55.     Answering the allegations of paragraph 55, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

56.     Answering the allegations of paragraph 56, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

57.     Answering the allegations of paragraph 57, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

58.     Answering the allegations of paragraph 58, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks k nowledge or information sufficient to admit or deny the allegations.

59.     Answering the allegations of paragraph 59, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

60.     Answering the allegations of paragraph 60, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

61.     Answering the allegations of paragraph 61, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

62.     Answering the allegations of paragraph 62, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

63.     Answering the allegations of paragraph 63, Defendant has no personal knowledge

1  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

2  to admit or deny the allegations.

3  64.    Answering the allegations of paragraph 64, Defendant has no personal knowledge

4  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

5  to admit or deny the allegations.

6  65.    Answering the allegations of paragraph 65, Defendant has no personal knowledge

7  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

8  to admit or deny the allegations.

9  66.    Answering the allegations of paragraph 66, Defendant has no personal knowledge

10  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

11  to admit or deny the allegations.

12  67.    Answering the allegations of paragraph 67, Defendant has no personal knowledge

13  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

14  to admit or deny the allegations.

15  68.    Answering the allegations of paragraph 68, Defendant admits that there is a policy

16  prohibiting unlawful discrimination and harassment.  Defendant denies all remaining allegations.

17  69.    Answering the allegations of paragraph 69, Defendant admits the allegations therein.

18  70.    Answering the allegations of paragraph 70, Defendant has no personal knowledge

19  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

20  to admit or deny the allegations.

21  71.    Answering the allegations of paragraph 71, Defendant has no personal knowledge

22  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

23  to admit or deny the allegations.

24  72.    Answering the allegations of paragraph 72, Defendant has no personal knowledge

25  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

26  to admit or deny the allegations.

27  73.    Answering the allegations of paragraph 73, Defendant admits the allegations therein.

28  74.    Answering the allegations of paragraph 74, Defendant denies the allegations therein.

Case No. 08 CV 00907 DMS AJB
DEFENDANT ROBERT SNEE'S ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

75.    Answering the allegations of paragraph 75, Defendant denies the allegations therein.

76.    Answering the allegations of paragraph 76, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

77.    Answering the allegations of paragraph 77, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

78.    Answering the allegations of paragraph 78, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

79.    Answering the allegations of paragraph 79, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

80.    Answering the allegations of paragraph 80, Defendant admits that he asked plaintiff to review his application and let Defendant know if it was correct.  Defendant further admits that he asked plaintiff about a 20-year period on plaintiff's resume.  As to the remaining allegations, Defendant lacks sufficient information to admit or deny what plaintiff observed.

81.    Answering the allegations of paragraph 81, Defendant admits that plaintiff informed him that plaintiff had served almost 20 years in prison and that Defendant wanted to wait until Mr. Barrios returned to work before taking any further action.  As to the remaining allegations, Defendant denies the remaining allegations.

82.    Answering the allegations of paragraph 82, Defendant believes that he asked plaintiff who else knew about his criminal background and Defendant stated he would keep the matter confidential and only discuss it with the corporate office.  Except as expressly admitted, Defendant denies the remaining allegations.

83.    Answering the allegations of paragraph 83, Defendant denies that plaintiff ever referred to retaliation.  Defendant does not recall if plaintiff inquired into the timing of the criminal background inquiry.  Except as expressly admitted, Defendant denies the remaining allegations.

84.    Answering the allegations of paragraph 84, Defendant admits the allegation therein.

85.    Answering the allegations of paragraph 85, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

86.    Answering the allegations of paragraph 86, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

87.    Answering the allegations of paragraph 87, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

88.    Answering the allegations of paragraph 88, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

89.    Answering the allegations of paragraph 89, Defendant is unable to determine what plaintiff means by the phrase "actual and constructive knowledge of what was taking place" and is therefore unable to admit or deny the allegations and therefore denies each and every allegation of the paragraph on that basis.

90.    Answering the allegations of paragraph 90, Defendant denies the allegations therein.

91.    Answering the allegations of paragraph 91, Defendant denies the allegations therein.

92.    Answering the allegations of paragraph 92, Defendant admits that he asked plaintiff for the paperwork approximately five times.  Defendant denies each and every remaining allegation of the paragraph.

93.    Answering the allegations of paragraph 93, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

94.    Answering the allegations of paragraph 94, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

95.    Answering the allegations of paragraph 95, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

96.    Answering the allegations of paragraph 96, Defendant is unable to admit or deny legal allegations or conclusions of law.  With respect to any factual allegations, Defendant denies each and every allegations therein.

97.    Answering the allegations of paragraph 97, Defendant is unable to admit or deny legal allegations or conclusions of law.  With respect to any factual allegations, Defendant denies each and every allegations therein.

98.    Answering the allegations of paragraph 98, Defendant is unable to admit or deny legal allegations or conclusions of law.  With respect to any factual allegations, Defendant denies each and every allegations therein.

99.    Answering the allegations of paragraph 99, Defendant is unable to admit or deny legal allegations or conclusions of law.  With respect to any factual allegations, Defendant denies each and every allegations therein.

100.    Answering the allegations of paragraph 100, Defendant is unable to admit or deny legal allegations or conclusions of law.  With respect to any factual allegations, Defendant denies each and every allegations therein.

101.    Answering the allegations of paragraph 101, Defendant admits he approached plaintiff near the 600 building and they had a brief conversation.  Defendant lacks knowledge or information sufficient to admit or deny the remaining allegations.

102.    Answering the allegations of paragraph 102, Defendant admits that a conversation took place between himself and plaintiff wherein Defendant asked plaintiff to bring in the documentation plaintiff had referenced previously that he believed would demonstrate he had no conviction. Defendant lacks knowledge or information sufficient to admit or deny the remaining allegations.

103.    Answering the allegations of paragraph 103, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

104.     Answering the allegations of paragraph 104, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

105.     Answering the allegations of paragraph 105, Defendant admits that there is a communications and grievances policy.

106.     Answering the allegations of paragraph 106, Defendant admits that a portion of the grievance process involves filing a written complaint with the General Manager which may then be appealed to the corporate office.

107.     Answering the allegations of paragraph 107, Defendant admits that Mr. Barrios had been out of town and when he returned, Defendant informed him of what had taken place with regard to plaintiff's criminal background coming to light.  Defendant denies the remaining allegations.

108.     Answering the allegations of paragraph 108, Defendant lacks knowledge or information sufficient to admit or deny such allegations, and on that basis, Defendant denies each and every factual allegation of the paragraph.

109.     Answering the allegations of paragraph 109, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

110.     Answering the allegations of paragraph 110, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

111.     Answering the allegations of paragraph 111, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

112.     Answering the allegations of paragraph 112, Defendant admits the allegations therein.

113.     Answering the allegations of paragraph 113, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

114.     Answering the allegations of paragraph 114, Defendant admits that he called plaintiff at

some point and made a statement similar to the statement alleged.  Defendant is unsure of the date that the conversation took place and denies the remaining factual allegations on that basis.

115.    Answering the allegations of paragraph 115, Defendant admits that he asked plaintiff for the paperwork on his conviction.  Defendant denies the remaining factual allegations.

116.    Answering the allegations of paragraph 116, Defendant admits that he told plaintiff that he and Mr. Barrios would like to meet with plaintiff regarding his leaving work.  Defendant denies the remaining allegations.

117.    Answering the allegations of paragraph 117, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

118.    Answering the allegations of paragraph 118, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

119.    Answering the allegations of paragraph 119, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

120.    Answering the allegations of paragraph 120, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

121.    Answering the allegations of paragraph 121, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

122.    Answering the allegations of paragraph 122, Defendant admits that he and Mr. Barrios did want to speak with plaintiff and did meet with plaintiff that day.

123.    Answering the allegations of paragraph 123, Defendant admits that Mr. Barrios made a statement similar to the statement quoted.  Defendant denies the remaining allegations.

124.    Answering the allegations of paragraph 124, Defendant admits that plaintiff complained in the meeting that two of the staff were not greeting him at the trolley as they had been

1    before the incident with Mr. Oaxaca. Defendant denies the remaining allegations.

2      125. Answering the allegations of paragraph 125, Defendant admits that plaintiff stated that

3    he was concerned about returning to work because he believed some of the staff was not as friendly to

4    him as they had been before. Defendant denies the remaining allegations.

5      126. Answering the allegations of paragraph 126, Defendant admits that Mr. Barrios made a

6    statement similar to the statement alleged, but denies that this was the exact statement.

7      127. Answering the allegations of paragraph 127, Defendant admits that Mr. Barrios made a

8    statement to the effect that plaintiff should be able to get through this situation, especially in light of

9    all that he had been through in his life. Defendant denies the remaining allegations.

10     128. Answering the allegations of paragraph 128, Defendant admits that when he was asked

11   by plaintiff how the information regarding his conviction came to light, Defendant responded that the

12   information came from Mr. Garcia.

13     129. Answering the allegations of paragraph 129, Defendant denies that he deliberately lied

14   to plaintiff. Defendant is unable to admit or deny what plaintiff thought and therefore denies the

15   remaining allegations on that basis.

16     130. Answering the allegations of paragraph 130, Defendant has no personal knowledge

17   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

18   to admit or deny the allegations.

19     131. Answering the allegations of paragraph 131, Defendant is unable to admit or deny legal

20   allegations or conclusions of law regarding plaintiffs claims, as said allegations are not allegations of

21   fact to which an admission or denial is required by the Federal Rules of Civil Procedure. Defendant

22   denies each and every factual allegation of the paragraph.

23     132. Answering the allegations of paragraph 132, Defendant is unable to admit or deny legal

24   allegations or conclusions of law regarding plaintiffs claims, as said allegations are not allegations of

25   fact to which an admission or denial is required by the Federal Rules of Civil Procedure. Defendant

26   denies each and every factual allegation of the paragraph.

27     133. Answering the allegations of paragraph 133, Defendant has no personal knowledge

28   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

Case No. 08 CV 00907 DMS AJB
DEFENDANT ROBERT SNEE'S ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

1    to admit or deny the allegations.

2         134.     Answering the allegations of paragraph 134, Defendant has no personal knowledge

3    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

4    to admit or deny the allegations.

5         135.     Answering the allegations of paragraph 135, Defendant has no personal knowledge

6    regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

7    to admit or deny the allegations.

8         136.     Answering the allegations of paragraph 136, Defendant lacks knowledge or

9    information sufficient to admit or deny such allegations, and on that basis, Defendant denies each and

10   every factual allegation of the paragraph.

11        137.     Answering the allegations of paragraph 137, Defendant has no personal knowledge

12   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

13   to admit or deny the allegations.

14        138.     Answering the allegations of paragraph 138, Defendant has no personal knowledge

15   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

16   to admit or deny the allegations.

17        139.     Answering the allegations of paragraph 139, Defendant has no personal knowledge

18   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

19   to admit or deny the allegations.

20        140.     Answering the allegations of paragraph 140, Defendant has no personal knowledge

21   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

22   to admit or deny the allegations.

23        141.     Answering the allegations of paragraph 141, Defendant has no personal knowledge

24   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

25   to admit or deny the allegations.

26        142.     Answering the allegations of paragraph 142, Defendant has no personal knowledge

27   regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

28   to admit or deny the allegations.

143.    Answering the allegations of paragraph 143, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

144.    Answering the allegations of paragraph 144, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

145.    Answering the allegations of paragraph 145, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

146.    Answering the allegations of paragraph 146, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

147.    Answering the allegations of paragraph 147, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

148.    Answering the allegations of paragraph 148, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

149.    Answering the allegations of paragraph 149, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

150.    Answering the allegations of paragraph 150, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

151.    Answering the allegations of paragraph 151, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

152.    Answering the allegations of paragraph 152, Defendant has no personal knowledge

1  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

2  to admit or deny the allegations.

3       153.    Answering the allegations of paragraph 153, Defendant has no personal knowledge

4  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

5  to admit or deny the allegations.

6       154.    Answering the allegations of paragraph 154, Defendant has no personal knowledge

7  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

8  to admit or deny the allegations.

9       155.    Answering the allegations of paragraph 155, Defendant has no personal knowledge

10  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

11  to admit or deny the allegations.

12       156.    Answering the allegations of paragraph 156, Defendant has no personal knowledge

13  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

14  to admit or deny the allegations.

15       157.    Answering the allegations of paragraph 157, Defendant has no personal knowledge

16  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

17  to admit or deny the allegations.

18       158.    Answering the allegations of paragraph 158, Defendant has no personal knowledge

19  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

20  to admit or deny the allegations.

21       159.    Answering the allegations of paragraph 159, Defendant has no personal knowledge

22  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

23  to admit or deny the allegations.

24       160.    Answering the allegations of paragraph 160, Defendant has no personal knowledge

25  regarding the allegations contained therein and on that basis lacks knowledge or information sufficient

26  to admit or deny the allegations.

27       161.    Answering the allegations of paragraph 161, Defendant is unable to admit or deny legal

28  allegations or conclusions of law regarding plaintiffs claims, as said allegations are not allegations of

fact to which an admission or denial is required by the Federal Rules of Civil Procedure.  Defendant denies each and every factual allegation of the paragraph.

162.    Answering the allegations of paragraph 162, Defendant is unable to admit or deny legal allegations or conclusions of law regarding plaintiff's claims, as said allegations are not allegations of fact to which an admission or denial is required by the Federal Rules of Civil Procedure.

163.    Answering the allegations of paragraph 163, Defendant is unable to admit or deny legal allegations or conclusions of law regarding plaintiffs claims, as said allegations are not allegations of fact to which an admission or denial is required by the Federal Rules of Civil Procedure.

164.    Answering the allegations of paragraph 164, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

165.    Answering the allegations of paragraph 165, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

166.    Answering the allegations of paragraph 166, Defendant has no personal knowledge regarding the allegations contained therein and on that basis lacks knowledge or information sufficient to admit or deny the allegations.

167.    Answering the allegations of paragraph 167, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-166.

168.    Answering the allegations of paragraph 168, Defendant denies each and every allegation of the paragraph.

169.    Answering the allegations of paragraph 169, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 169.

170.    Answering the allegations of paragraph 170, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 170.

171.    Answering the allegations of paragraph 171, Defendant re-alleges and incorporates by

1    reference its responses to paragraphs 1-170.

2        172.    Answering the allegations of paragraph 172, Defendant denies each and every
3    allegation of the paragraph.

4        173.    Answering the allegations of paragraph 173, Defendant admits that plaintiff is suing
5    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that
6    plaintiff suffered damages and denies the remaining factual allegations in paragraph 173.

7        174.    Answering the allegations of paragraph 174, Defendant admits that plaintiff is suing
8    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that
9    plaintiff suffered damages and denies the remaining factual allegations in paragraph 174.

10        175.    Answering the allegations of paragraph 175, Defendant re-alleges and incorporates by
11    reference its responses to paragraphs 1-175.

12        176.    Answering the allegations of paragraph 176, Defendant denies each and every
13    allegation of the paragraph 176.

14        177.    Answering the allegations of paragraph 177, Defendant admits that plaintiff is suing
15    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that
16    plaintiff suffered damages and denies the remaining factual allegations in paragraph 177.

17        178.    Answering the allegations of paragraph 178, Defendant admits that plaintiff is suing
18    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that
19    plaintiff suffered damages and denies the remaining factual allegations in paragraph 178.

20        179.    Answering the allegations of paragraph 179, Defendant incorporates by reference its
21    responses to Paragraph 1-178.

22        180.    Answering the allegations of paragraph 180, Defendant denies each and every
23    allegation of the paragraph 180.

24        181.    Answering the allegations of paragraph 181, Defendant admits that plaintiff is suing
25    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that
26    plaintiff suffered damages and denies the remaining factual allegations in paragraph 181.

27        182.    Answering the allegations of paragraph 182, Defendant admits that plaintiff is suing
28    defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

plaintiff suffered damages and denies the remaining factual allegations in paragraph 182.

183.     Answering the allegations of paragraph 183, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-183.

184.     Answering the allegations of paragraph 184, Defendant denies each and every allegation of the paragraph 184.

185.     Answering the allegations of paragraph 185, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 185.

186.     Answering the allegations of paragraph 186, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 186.

187.     Answering the allegations of paragraph 187, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-186.

188.     Answering the allegations of paragraph 188, Defendant denies each and every allegation of the paragraph 188.

189.     Answering the allegations of paragraph 189, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 189.

190.     Answering the allegations of paragraph 190, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 190.

191.     Answering the allegations of paragraph 191, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-190.

192.     Answering the allegations of paragraph 192, Defendant denies each and every allegation of the paragraph 192.

193.     Answering the allegations of paragraph 193, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 193.

194.     Answering the allegations of paragraph 194, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-193.

195.     Answering the allegations of paragraph 195, Defendant denies each and every allegation of the paragraph 195.

196.     Answering the allegations of paragraph 196, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 196.

197.     Answering the allegations of paragraph 197, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 197.

198.     Answering the allegations of paragraph 198, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-197.

199.     Answering the allegations of paragraph 199, Defendant denies each and every allegation of the paragraph 199.

200.     Answering the allegations of paragraph 200, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 200.

201.     Answering the allegations of paragraph 201, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 201.

202.     Answering the allegations of paragraph 202, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-201.

203.     Answering the allegations of paragraph 203, Defendant denies each and every allegation of the paragraph 203.

204.     Answering the allegations of paragraph 204, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 204.

205.     Answering the allegations of paragraph 205, Defendant re-alleges and incorporates by

reference its responses to paragraphs 1-205.

206.    Answering the allegations of paragraph 206, Defendant denies each and every allegation of the paragraph 206.

207.    Answering the allegations of paragraph 207, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 207.

208.    Answering the allegations of paragraph 208, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-207.

209.    Answering the allegations of paragraph 209, Defendant denies each and every allegation of the paragraph 209.

210.    Answering the allegations of paragraph 210, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 210.

211.    Answering the allegations of paragraph 211, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-2 10.

212.    Answering the allegations of paragraph 212, Defendant denies each and every allegation of the paragraph 212.

213.    Answering the allegations of paragraph 213, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 213.

214.    Answering the allegations of paragraph 214, Defendant re-alleges and incorporates by reference its responses to paragraphs 1-213.

215.    Answering the allegations of paragraph 215, Defendant denies each and every allegation of the paragraph 215.

216.    Answering the allegations of paragraph 216, Defendant admits that plaintiff is suing defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that plaintiff suffered damages and denies the remaining factual allegations in paragraph 216.

217.    Answering the allegations of paragraph 217, Defendant re-alleges and incorporates by

1  reference its responses to paragraphs 1-2 16.

2      218.    Answering the allegations of paragraph 218, Defendant denies each and every

3  allegation of the paragraph 218.

4      219.    Answering the allegations of paragraph 219, Defendant admits that plaintiff is suing

5  defendants and seeking damages as claimed.  Except as expressly admitted, Defendant denies that

6  plaintiff suffered damages and denies the remaining factual allegations in paragraph 219.

7      **WITHOUT WAIVING ANY OF THE FOREGOING, ANSWERING**

8      **DEFENDANT, FOR ITS AFFIRMATIVE DEFENSES TO THE**

9      **COMPLAINT, ALLEGES AS FOLLOWS:**

10     The following separate affirmative defenses are asserted to the Complaint, and to each

11  purported claim therein brought against Defendant.  By pleading these affirmative defenses,

12  Defendant does not assume the burden of proving any fact, issue, or element of a cause of action

13  where such burden rests with plaintiff.  Moreover, nothing stated herein is intended or shall be

14  construed as an admission that any particular issue or subject matter is relevant to plaintiff's

15  allegations.

16     **AFFIRMATIVE DEFENSES TO THE COMPLAINT AND**
       **EACH ALLEGED CAUSE OF ACTION THEREOF**
17

18     As separate affirmative defenses to the Complaint, and to each purported cause of action

19  therein, Defendant alleges:

20     **FIRST AFFIRMATIVE DEFENSE**

21     **(Failure to State a Cause of Action)**

22     The Complaint fails to state facts sufficient to constitute a cause or causes of action against this

23  answering Defendant.

24     **SECOND AFFIRMATIVE DEFENSE**

25     **(Uncertainty)**

26     The Complaint is vague, uncertain, ambiguous and unintelligible.

27  / / /

28  / / /

Case No. 08 CV 00907 DMS AJB
DEFENDANT ROBERT SNEE'S ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Identify Specific Statutory/Constitutional Provisions)

Some or all of the claims for damages in the Complaint are barred in that plaintiff has failed to identify, with the requisite degree of specificity, any statutory and/or constitutional provision which has been expressly violated by any act of Defendant.

## FOURTH AFFIRMATIVE DEFENSE

### (Statutes of Limitation)

Defendant is informed and believes and thereon alleges that the Complaint, and each cause of action therein, is barred by each and every applicable statute of limitations, including, but not limited to, California Code of Civil Procedure sections 335.1, 338(a), 339(1), 340(a), 340(c), 343, California Government Code section 12960 and 12965(a) and (b), and 28 USC § 1658(a).

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Commence Suit Timely)

Some or all of the claims for damages in the Complaint are barred in that plaintiff failed to timely file his claims after receiving notice from the Department of Fair Employment and Housing and/or the Equal Employment Opportunity Commission.

## SIXTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiff is estopped by his own conduct and omissions from asserting any claims, damages or seeking other relief from Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiff, by his actions and/or omissions, knowingly, voluntarily and willingly waived any rights he might otherwise have had against Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

### (Laches)

Some or all of the causes of actions in the Complaint are barred by the doctrine of laches.

/ / /

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiff has not been damaged. However, to the extent plaintiff proves otherwise, plaintiff has failed to take adequate steps to minimize, alter, reduce or otherwise diminish his damages, if any, with respect to the matters alleged in the Complaint, and by reason of the foregoing, plaintiff is barred from the recovery of damages, or damages should be dismissed based on plaintiff's failure to mitigate.

## TENTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

Some or all of the claims for damages in the Complaint are barred in that plaintiff failed to timely or properly exhaust his administrative remedies, including without limiting, remedies under the California Fair Employment Housing Act, Title VII of the Civil Rights Act of 1964, and/or the California Labor Code.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Exclusive Statutory Remedy)

Some or all of the claims for damages in the Complaint are barred in that plaintiff's exclusive remedy is statutory under Government Code sections 12940 et seq., and there is no common law remedy or other statutory remedy available to plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE

### (Workers' Compensation Preemption)

Some or all of the claims for damages in the Complaint are barred by the provisions of the California Labor Code sections 3200 et seq., the Workers' Compensation laws, which provide plaintiff's exclusive remedy.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Defendant is informed and believes and thereon alleges that plaintiff, by his own conduct, acts, and/or omissions, is barred by his unclean hands and shared fault from all legal and equitable relief requested in the Complaint.

/ / /

## FOURTEENTH AFFIRMATIVE DEFENSE

### (At Will Employment)

Some or all of the claims for damages in the Complaint are barred in that plaintiff's employment relationship with defendant was for an unspecified period of time, and was at-will pursuant to California Labor Code section 2922.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiff is barred, in whole or in part, by his own fault from any legal or equitable relief against Defendant.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Contributory Fault)

The loss, if any, allegedly sustained by plaintiff was proximately caused or contributed to by the negligence, improper conduct or intervening acts of plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Defendant is not legally responsible for any damages claimed by plaintiff. If, however, defendant is found to be legally responsible, Defendant's legal responsibility is not the sole and proximate cause of any injury, and damages awarded to plaintiff, if any, should be apportioned according to the respective fault and legal responsibility of all parties, persons and entities, and/or the agents, servants and employees who contributed to and/or caused said incidents according to proof presented at the time of trial.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Discrimination or Retaliation)

Some or all of the claims for damages in plaintiffs Complaint are barred in that Defendant's actions in connection with the matter alleged were done in a non-discriminatory and non-retaliatory manner.

///

///

Case No. 08 CV 00907 DMS AJB
DEFENDANT ROBERT SNEE'S ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

## NINETEENTH AFFIRMATIVE DEFENSE

### (Valid Business Purposes)

Plaintiff's claims are barred for the reason that the alleged conduct of Defendant was at all times undertaken in the good faith exercise of a valid business purpose.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Managerial Privilege or Immunity)

Some or all of the claims in the Complaint are barred by the doctrine of managerial privilege or immunity.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Conduct Privileged)

Some or all of the claims for damages in the Complaint are barred in that Defendant's actions in connection with the matters alleged were done in good faith and based on its legitimate economic interest and within the course and scope of its authority and were, therefore, privileged.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Constitutional Privilege)

Some or all of the claims for damages in the Complaint are barred because the statements and/or acts complained of are privileged under the constitution of the United States and the constitution of the State of California.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Conduct Justified)

All decisions and actions regarding plaintiff's employment with Defendant were done in the exercise of proper managerial discretion, in good faith, and based on legitimate reasons.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Defendant's Full Performance)

Defendant is informed and believes and thereon alleges that he has performed and fully discharged any and all obligations and legal duties to plaintiff pertinent to the matters alleged in plaintiff's Complaint.

/ / /

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (No Punitive/Exemplary Damages)

Under the applicable law and the facts of this case, plaintiff is not entitled to punitive/exemplary damages. Moreover, punitive/exemplary damages such as those claimed by plaintiff are unconstitutional under the California Constitution and the United States Constitution.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Not Entitled to Attorneys' Fees)

The Complaint, and each cause of action contained therein, fails to allege any facts or any legal theory sufficient to entitle plaintiff to recover attorneys' fees in this action.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Causation)

None of the acts, conduct and/or omissions attributed to defendant in the Complaint may be regarded as the actual or proximate cause of any damages plaintiff seeks to recover.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Snee Not Plaintiff's Employer)

Some or all of the claims for damages in the Complaint are barred because Defendant was not plaintiff's employer.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (No Conspiracy)

Some or all of plaintiff's claims fail in that some or all of the Defendants who allegedly conspired with Pacific Hospitality Group, Inc. were agents or employees of Pacific Hospitality Group, Inc.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Consent)

Plaintiff consented to and approved all or some of the acts and omissions about which plaintiff now complains. Accordingly, plaintiff is barred from pursuing this action.

/ / /

/ / /

1    **THIRTY-FIRST AFFIRMATIVE DEFENSE**

2    **(Discharge)**

3    Any purported obligation alleged in the Complaint which Defendant may have owed to

4    plaintiff has been discharged and extinguished.

5    **THIRTY-SECOND AFFIRMATIVE DEFENSE**

6    **(No Standing)**

7    Plaintiff lacks standing to bring some or all of his claims.

8    **THIRTY-THIRD AFFIRMATIVE DEFENSE**

9    **(No State Action)**

10   Plaintiff's claims are barred in whole or in part due to the fact Defendant is not a state actor.

11   **THIRTY-FOURTH AFFIRMATIVE DEFENSE**

12   **(No Deception or Reliance)**

13   The claims of plaintiff are barred in whole or in part because there is no likelihood of actual

14   deception, individual reliance, or actual damage and they cannot be established as required pursuant

15   to, among other authority, the California Supreme Court's decision in Mirkin v. Wasserman (1993) 5

16   Cal.4th 1082.

17   **THIRTY-FIFTH AFFIRMATIVE DEFENSE**

18   **(Avoidable Consequences)**

19   The claims of plaintiff are barred because plaintiff unreasonably failed to use preventative and

20   corrective measures available to him which would have prevented all or some of the harm plaintiff

21   alleges.

22   **THIRTY-SIXTH AFFIRMATIVE DEFENSE**

23   **(Reservation of Rights)**

24   Defendant currently has insufficient information upon which to form a belief as to whether it

25   may have additional, as yet unstated, affirmative defenses available.  Defendant therefore reserves the

26   right to assert additional affirmative defenses in the event that discovery indicates that they would be

27   appropriate.

28   / / /

1    WHEREFORE, Defendant prays for judgment as follows:

2    1.    That plaintiff take nothing by virtue of this action;

3    2.    That any liability attributed to Defendant be limited in direct proportion to that

4    percentage of fault actually attributable to Defendant;

5    3.    For costs of suit incurred herein, including attorneys' fees; and

6    4.    For an order of this Court denying all relief sought by plaintiff herein.

7    DATED:  July 28, 2008                LUCE, FORWARD, HAMILTON & SCRIPPS LLP

8

9                                By:  s/Liseanne R. Kelly
                                      WILLIAM T.  EARLEY
10                                    LISEANNE R.  KELLY
                                      Attorneys for Pacific Hospitality Group, Inc., Brian
11                                   Harkins, Luis Barrios, Rodrigo Garcia, Robert Snee,
                                      Emy Eufracio, Greg Brownen, Fred Grand, and
12                                   William McWethy

13

14   101108394.2

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08 CV 00907 DMS AJB
DEFENDANT ROBERT SNEE'S ANSWER TO
PLAINTIFF'S CIVIL COMPLAINT

1  | William T. Earley, State Bar No. 144877
   | Liseanne R. Kelly, State Bar No. 211782
2  | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   | 600 West Broadway, Suite 2600
3  | San Diego, California 92101-3372
   | Telephone No.: 619.236.1414
4  | Fax No.: 619.232.8311

5  | Attorneys for Pacific Hospitality Group, Inc., Brian Harkins, Luis Barrios, Rodrigo Garcia, Robert
   | Snee, Emy Eufracio, Greg Brownen, Fred Grand, and William McWethy
6

7

8  |                          UNITED STATES DISTRICT COURT

9  |                      SOUTHERN DISTRICT OF CALIFORNIA

10 |                              SAN DIEGO DIVISION

11 | DICKEY GAINES,                              Case No. 08 CV 00907 DMS AJB

12 |        Plaintiff,
                                                **PROOF OF SERVICE**
13 | v.

14 | PACIFIC HOSPITALITY GROUP INC.,             Complaint Filed:        May 22, 2008
   | BEST WESTERN HACIENDA HOTEL,
15 | BRIAN HARKINS, LUIS BARRIOS,
   | RODRIGO GARCIA, ROBERT SNEE, EMY
16 | EUFRACIO, GREG BROWNEN, FRED
   | GRAND, WILLIAM McWETHY, JOHN
17 | DOES,

18 |        Defendants.

19

20 |        I, Leisa Bitting, declare under penalty of perjury that I am over the age of eighteen years, that I

21 | am not a party to the above-referenced action, and that I am employed in the State of California,

22 | County of San Diego, where the within-mentioned service occurred. My business address is 600 West

23 | Broadway, Suite 2600, San Diego, California 92101; telephone number (619) 236-1414; facsimile

24 | number (619) 232-8311.

25 |        On July 28, 2008, I caused to be served the following document(s):

26 |        **1.    DEFENDANT PACIFIC HOSPITALITY GROUP INC.'S ANSWER TO
   | PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;**
27

28 |        **2.    DEFENDANT BRIAN HARKINS' ANSWER TO PLAINTIFF'S CIVIL
   | COMPLAINT AND JURY DEMAND;**

---

                                    1                  Case No. 08 CV 00907 DMS AJB
                                                       PROOF OF SERVICE

1       3.    **DEFENDANT LUIS BARRIOS' ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;**

2

3       4.    **DEFENDANT RODRIGO GARCIA'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;**

4       5.    **DEFENDANT ROBERT SNEE'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;**

5

6       6.    **DEFENDANT EMY EUFRACIO'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;**

7       7.    **DEFENDANT GREG BROWNEN'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;**

8

9       8.    **DEFENDANT FRED GRAND'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND;**

10      9.    **DEFENDANT WILLIAM MC WETHY'S ANSWER TO PLAINTIFF'S CIVIL COMPLAINT AND JURY DEMAND.**

11

12  on the interested parties in this action by:

13  **Electronic Mail Notice List**

14      The following are those who are currently on this list to receive e-mail notices for this case.

15      (No electronic mail notice recipients).

16  **Manual Notice List**

17      The following is the list of attorneys who are **not** on the list to receive e-mail notices for this

18  case (who therefore require manual noticing).

19  Dickey Gaines                 Attorney Pro Se
    858 Beyer Way, Apt. K-2
20  San Diego, CA 92154
    Telephone: (619) 575-1079
21

22  _____     **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

24  XX     **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25      Executed at San Diego, California on July 28, 2008.

26

27                                Leisa Bitting

28  101108946.1

---

2                                 Case No. 08 CV 00907 DMS AJB
                                            PROOF OF SERVICE