William T. Earley, State Bar No. 144877
Liseanne R. Kelly, State Bar No. 211782
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Pacific Hospitality Group, Inc., Brian Harkins, Luis Barrios, Rodrigo Garcia, Robert Snee, Emy Eufracio, Greg Brownen, Fred Grand, and William McWethy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DICKEY GAINES,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC HOSPITALITY GROUP INC., BEST WESTERN HACIENDA HOTEL, BRIAN HARKINS, LUIS BARRIOS, RODRIGO GARCIA, ROBERT SNEE, EMY EUFRACIO, GREG BROWNEN, FRED GRAND, WILLIAM McWETHY, JOHN DOES,<br><br>    Defendants. | Case No. 08 CV 00907 DMS AJB<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Judge: Hon. Anthony J. Battaglia<br>Date: September 15, 2008<br>Time: 1:30 p.m.<br>Place: 940 Front St., Room 1145 |

## **RECITALS**

WHEREAS, on August 4, 2008, the Court entered its Order Setting Early Neutral Evaluation Conference; Briefing Schedule and Briefing Requirements; and

WHEREAS, some of the individual defendants are unavailable to attend the Early Neutral Evaluation ("ENE") Conference on September 15, 2008; and

WHEREAS, the parties have met and conferred, and jointly agreed to request a continuance of the ENE date to the week of September 29, 2008.

/ / /

/ / /

---

1

Case No. 08 CV 00907 DMS AJB
JOINT MOTION TO CONTINUE EARLY
NEUTRAL EVALUATION CONFERENCE

**STIPULATION**

It is hereby stipulated by the parties that subject to Court approval, the ENE Conference shall be continued to the week of September 29, 2008.

DATED: August 15, 2008        DICKEY GAINES

By: *Dickey Gaines*
Dickey Gaines
Plaintiff Pro Per

DATED: August 18, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Liseanne R. Kelly
Liseanne R. Kelly
Attorney for Pacific Hospitality Group, Inc., Brian Harkins, Luis Barrios, Rodrigo Garcia, Robert Snee, Emy Eufracio, Greg Brownen, Fred Grand, and William McWethy

101111791.2

1  William T. Earley, State Bar No. 144877
   Liseanne R. Kelly, State Bar No. 211782
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Pacific Hospitality Group, Inc., Brian Harkins, Luis Barrios, Rodrigo Garcia, Robert Snee, Emy Eufracio, Greg Brownen, Fred Grand, and William McWethy
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                         SAN DIEGO DIVISION

11 | DICKEY GAINES,                          | Case No. 08 CV 00907 DMS AJB
12 |        Plaintiff,                       |
                                             | **PROOF OF SERVICE**
13 | v.                                      |
14 | PACIFIC HOSPITALITY GROUP INC.,         | Complaint Filed:     May 22, 2008
   | BEST WESTERN HACIENDA HOTEL,
15 | BRIAN HARKINS, LUIS BARRIOS,
   | RODRIGO GARCIA, ROBERT SNEE, EMY
16 | EUFRACIO, GREG BROWNEN, FRED
   | GRAND, WILLIAM McWETHY, JOHN
17 | DOES,
18 |        Defendants.
19

20      I, Leisa Bitting, declare under penalty of perjury that I am over the age of eighteen years, that I

21 am not a party to the above-referenced action, and that I am employed in the State of California,

22 County of San Diego, where the within-mentioned service occurred. My business address is 600 West

23 Broadway, Suite 2600, San Diego, California 92101; telephone number (619) 236-1414; facsimile

24 number (619) 232-8311.

25      On August 18, 2008, I caused to be served the following document(s):

26 **JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**

27 on the interested parties in this action by:

28 ///

---

1

Case No. 08 CV 00907 DMS AJB
PROOF OF SERVICE

**Electronic Mail Notice List**

The following are those who are currently on this list to receive e-mail notices for this case.

(No electronic mail notice recipients).

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Dickey Gaines                                   Attorney Pro Se
858 Beyer Way, Apt. K-2
San Diego, CA  92154
Telephone: (619) 575-1079

_____   **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX_____   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on August 18, 2008.

_____
Leisa Bitting

101108946.1