cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DICKEY GAINES,<br><br>         Plaintiff,<br>v.<br><br>PACIFIC HOSPITALITY GROUP, INC., et al.,<br><br>         Defendants. | Civil No.08cv0907 DMS (AJB)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE |

After reviewing the Joint Motion to Continue Early Neutral Evaluation Conference submitted by the parties and good cause appearing, IT IS HEREBY ORDERED:

The following dates set forth in the Court's Order Setting Early Neutral Evaluation Conference; Briefing Schedule and Briefing Requirements shall be continued as follows:

1. The Early Neutral Evaluation Conference set for September 15, 2008 shall be continued to ***September 29, 2008 at 10:00 a.m.***

2. All other dates set forth in the Court's Order Setting Early Neutral Evaluation Conference //

//

//

//

//

Briefing Schedule and Briefing Requirements shall remain the same.

    IT IS SO ORDERED.

DATED: August 21, 2008

_____

Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court