cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DICKEY GAINES, | ) | Civil No.08cv0907 DMS (AJB) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE THE EARLY NEUTRAL |
| PACIFIC HOSPITALITY GROUP, INC., et al., | ) ) ) | EVALUATION CONFERENCE [DOC. NO. 28] |
| Defendants. | ) ) | |

After reviewing the Joint Motion to Continue Early Neutral Evaluation Conference submitted by the parties and good cause appearing, IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference set for September 29, 2008, at 10:00 a.m. shall be continued to ***November 3, 2008 at 10:00 a.m.***

IT IS SO ORDERED.

DATED: September 30, 2008

*/s/ Battaglia*

Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court

K:\COMMON\BATTAGLI\CASES\2 Orders to be filed\08cv907 order continuing ene.wpd 2 08cv0907